| | |
|---|---|
| 1 | |
| 2 | SUSAN D. RESLEY (STATE BAR NO. 161808) |
|   | sresley@orrick.com |
| 3 | EDWARD P. DAVIS, JR. (STATE BAR NO. 56847) |
|   | edavis@orrick.com |
| 4 | AMANDA PACKEL (STATE BAR NO. 218282) |
|   | apackel@orrick.com |
| 5 | JAN WESTFALL (STATE BAR NO. 241106) |
|   | jwestfall@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
|   | Telephone:   650-614-7400 |
| 8 | Facsimile:   650-614-7401 |

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 07-3444 JF |
|    Plaintiff, | **PROOF OF SERVICE** |
| v. | Complaint Filed:  07/02/2007 |
| MARK LESLIE, et al, | Judge:   Hon. Jeremy Fogel |
|    Defendants. | |

PROOF OF SERVICE

OHS West:260302003.1

## PROOF OF SERVICE

I, Nadia Louis Hermez, declare:

I am a resident of the State of California and over the age of eighteen year, and not a party to the within action; my business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **September 12, 2007**, I served the within documents:

    1.    **Joint Stipulation and [Proposed] Order Re Briefing Schedule**

    2.    **Proof of Service**

on the interested parties in this action as follows:

☒    **(By Mail)**, I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

☐    **(By Federal Express)**, I caused such document to be delivered overnight to the offices of the addressee.

☒    **(By Electronic Mail)**, I caused such documents to be transmitted by electronic mal to the offices of the addressee.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 12, 2007,** at Menlo Park, California

*[signature: Nadia Louis Hermez]*

# SERVICE LIST

**Attorneys For Plaintiffs, SEC:**

Richard Hong
U.S. SECURITIES AND EXCHANGE
COMMISSION
1000 F Street, NE
Washington, DC 20549-4010-A
T: (202) 551-4431
hongr@sec.gov

**Attorneys for Defendant, Mark Leslie**

Douglas Young
William P. Keane
Amarra A. Lee
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
T: (415) 954-4400
dyoung@fbm.com
wkeane@fbm.com
alee@fbm.com
jnall@fbm.com
dclarke@fbm.com

**Attorneys for Defendant, Paul A. Sallaberry:**

Gregg S. Farano
Jahan P. Raissi
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111-3598
T: (415) 773-7260
gfarano@sflaw.com
jraissi@sflaw.com