SUSAN D. RESLEY (STATE BAR NO. 161808)
    sresley@orrick.com
EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
    edavis@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
    apackel@orrick.com
JAN WESTFALL (STATE BAR NO. 241106)
    jwestfall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK LESLIE, et al,<br><br>    Defendants. | Case No.  C 07-3444 JF<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>Complaint Filed:  07/02/2007<br>Judge:    Hon. Jeremy Fogel |

Pursuant to N.D. Cal. ADR L-R Rule 3-5(a) & (c)(2), Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached and agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference is **October 5, 2007.**

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Telephone Number | E-Mail Address |
|---|---|---|---|
| Richard Hong | Plaintiff, United States Securities & Exchange Commission | (202) 551-4431 | hongr@sec.gov |
| Douglas Young William Keane | Defendant, Mark Leslie | (415) 954-4400 | dyoung@fbm.com wkeane@fbm.com |
| Edward Davis, Jr. Susan D. Resley | Defendant, Kenneth Lonchar | (650) 614-7400 | edavis@orrick.com sresley@orrick.com |
| Jahan P. Raissi Gregg S. Farano | Defendant, Paul A. Sallaberry | (415) 421-6500 | jraissi@sflaw.com gfarano@sflaw.com |

1
NOTICE OF NEED FOR ADR PHONE CONFERENCE

OHS West:260302432.1

Dated: September 14, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
---
EDWARD P. DAVIS, JR.
SUSAN D. RESLEY

*Attorneys for Defendant, Kenneth E. Lonchar*

Dated: September 14, 2007

FARELLA BRAUN & MARTEL LLP

/s/ (with permission and authority)
---
DOUGLAS YOUNG
WILLIAM P. KEANE

*Attorneys for Defendant, Mark Leslie*

Dated: September 14, 2007

SHARTSIS FRIESE LLP

/s/ (with permission and authority)
---
JAHAN P. RAISSI
GREGG S. FARANO

*Attorneys for Defendant, Paul A. Sallaberry*

Dated: September 14, 2007

SECURITIES AND EXCHANGE COMMISSION

/s/ (with permission and authorization)
---
RICHARD HONG

*Attorneys for Plaintiff, Securities & Exchange Commission*