SUSAN D. RESLEY (STATE BAR NO. 161808)
    sresley@orrick.com
EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
    edavis@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
    apackel@orrick.com
JAN WESTFALL (STATE BAR NO. 241106)
    jwestfall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>MARK LESLIE, et al,<br><br>       Defendants. | Case No. C 07-3444 JF<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed:  07/02/2007<br>Judge:            Hon. Jeremy Fogel |

## PROOF OF SERVICE

I, Nadia Louis Hermez, declare:

I am a resident of the State of California and over the age of eighteen year, and not a party to the within action; my business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **September 14, 2007**, I served the within documents:

1. **ADR Certification by Parties and Counsel**

2. **Notice of Need for ADR Phone Conference**

3. **Proof of Service**

on the interested parties in this action as follows:

☒ **(By Mail)**, I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

☐ **(By Federal Express)**, I caused such document to be delivered overnight to the offices of the addressee.

☒ **(By Electronic Mail)**, I caused such documents to be transmitted by electronic mal to the offices of the addressee.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 14, 2007,** at Menlo Park, California

*/s/ Nadia Louis Hermez*

1
PROOF OF SERVICE

OHS West:260303150.1

# SERVICE LIST

**Attorneys For Plaintiffs, SEC:**

Richard Hong
U.S. SECURITIES AND EXCHANGE COMMISSION
1000 F Street, NE
Washington, DC 20549-4010-A
T: (202) 551-4431
hongr@sec.gov

**Attorneys for Defendant, Mark Leslie**

Douglas Young
William P. Keane
Amarra A. Lee
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
T: (415) 954-4400
dyoung@fbm.com
wkeane@fbm.com
alee@fbm.com
jnall@fbm.com
dclarke@fbm.com

**Attorneys for Defendant, Paul A. Sallaberry:**

Gregg S. Farano
Jahan P. Raissi
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111-3598
T: (415) 773-7260
gfarano@sflaw.com
jraissi@sflaw.com