

RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431
Facsimile: (202) 772-9246
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

MARK LESLIE,
KENNETH E. LONCHAR,
PAUL A. SALLABERRY,
SALLABERRY'S
MICHAEL M. CULLY,
and DOUGLAS S. NEWTON,

Defendants.

Civil Action No. C 07-3444 JF

**NOTICE OF FILING OF DEFENDANTS' WAIVERS OF SERVICE OF SUMMONS**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this Notice of Filing of Defendants' Waivers of Service of Summons. All non-settling defendants, Mark Leslie, Kenneth E. Lonchar, and Paul A. Sallaberry, have executed their waivers of service of summons in this action. Their waivers are attached together as Exhibit 1 hereto.

Dated: September 18, 2007

Respectfully submitted,

/s/

RICHARD HONG
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431 (Hong)
Facsimile: (202) 772-9246
Email: hongr@sec.gov

CERTIFICATE OF SERVICE

I, Richard Hong, counsel for Plaintiff Securities and Exchange Commission, hereby certify that I have this day, September 18, 2007, caused a copy of the foregoing Notice of Filing of Defendants' Waivers of Service of Summons to be served by electronic mail and by first-class mail to the following:

Douglas Young, Esq.
William Keane, Esq.
Farella Braun and Martel LLP
235 Montgomery Street
San Franscisco, CA 94104;

Edward Davis, Jr., Esq.
Susan D. Resley, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025; and

Jahan P. Raissi, Esq.
Gregg S. Farano, Esq.
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111

_____/s/____
Richard Hong
Counsel for Plaintiff SEC