1  Douglas R. Young (State Bar No. 073248)
   William P. Keane (State Bar No. 124756)
2  Jessica K. Nall (State Bar No. 215149)
   Amarra A. Lee (State Bar No. 245679)
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480
   Email:  dyoung@fbm.com
6  Email:  wkeane@fbm.com
   Email:  jnall@fbm.com
7  Email:  alee@fbm.com

8  Attorneys for Defendant
   MARK LESLIE
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13 | SECURITIES AND EXCHANGE | Case No. 5:07-cv-03444-JF
   | COMMISSION,
14 |                         | **SUBSTITUTION OF ATTORNEYS**
   |         Plaintiff,
15 |
   |    vs.
16 |
   | MARK LESLIE, KENNETH E.
17 | LONCHAR, PAUL A. SALLABERRY,
   | MICHAEL M. CULLY AND DOUGLAS
18 | S. NEWTON,
19 |         Defendants.
20

21     **TO ALL COUNSEL / PARTIES OF RECORD:**

22         NOTICE IS HEREBY GIVEN that defendant MARK LESLIE hereby substitutes the law

23 firm of Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA

24 94014, in the place and stead of the law firm of Wilson, Sonsini, Goodrich & Rosati, 650 Page

25 Mill Road, Palo Alto, California, as his counsel of record in the above-captioned proceedings.

26 All further pleadings, correspondence and communications should be directed to Farella Braun +

27 Martel LLP, attention: Douglas R. Young, Esq.

28 / / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SUBSTITUTION OF ATTORNEYS
CASE NO. 5:07-CV-03444-JF

17289\1355864.1

1   THIS SUBSTITUTION IS HEREBY ACKNOWLEDGED AND AGREED TO:

2   DATED:  October 2, 2007                WILSON, SONSINI, GOODRICH & ROSATI

3

4                                          By: /s/ Cameron P. Hoffman
                                               Cameron P. Hoffman
5

6   CONSENT TO THIS IS HEREBY GIVEN:

7   DATED:  October 2, 2007

8
                                           By: /s/ Mark Leslie
9                                              Mark Leslie

10  THIS SUBSTITUTION IS HEREBY ACCEPTED:

11  DATED:  October 2, 2007                FARELLA BRAUN + MARTEL LLP

12

13                                         By: /s/ Douglas R. Young
                                               Douglas R. Young
14

15

16                                **ORDER**

17          Defendant MARK LESLIE's application for Substitution Of Attorneys is hereby

18  GRANTED.

19

20  DATED:  _____        _____
                                               HONORABLE JEREMY FOGEL
21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SUBSTITUTION OF ATTORNEYS
CASE NO. 5:07-CV-03444-JF          - 2 -                    17289\1355864.1