SUSAN D. RESLEY (STATE BAR NO. 161808)
    sresley@orrick.com
EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
    edavis@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
    apackel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    v.<br><br>MARK LESLIE, et al,<br><br>           Defendants. | Case No. C 07-3444 JF<br><br>**NOTICE OF MANUAL FILING OF THE DECLARATION OF SUSAN D. RESLEY IN SUPPORT OF DEFENDANT KENNETH E. LONCHAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    January 18, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Jeremy Fogel<br>            Courtroom No. 3 |

NOTICE OF MANUAL FILING OF THE DECLARATION OF SUSAN D. RESLEY IN SUPPORT OF DEFENDANT KENNETH E.
LONCHAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
Master File No. C 07 3444 JF

OHS West:260315132.1

Pursuant to General Order 45, Defendant Kenneth E. Lonchar is filing in paper form only the document entitled "DECLARATION OF SUSAN D. RESLEY IN SUPPORT OF DEFENDANT KENNETH E. LONCHAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT." Defendant Lonchar is filing this item manually because of the large volume of materials, which makes electronic filing impracticable.

Dated: October 4, 2007                                   Respectfully submitted,

                                                         ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                         _____/S/_____
                                                         EDWARD P. DAVIS, JR.
                                                         SUSAN D. RESLEY

                                                         *Attorneys for Defendant, Kenneth E. Lonchar*

NOTICE OF MANUAL FILING OF THE DECLARATION OF SUSAN D. RESLEY IN SUPPORT OF DEFENDANT KENNETH E. LONCHAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
Master File No. C 07 3444 JF

OHS West:260315132.