EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
edavis@orrick.com
SUSAN D. RESLEY (STATE BAR NO. 161808)
sresley@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
apackel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>MARK LESLIE, et al,<br><br>        Defendants. | Case No. C 07-3444 JF<br><br>**APPENDIX OF AUTHORITY NOT PUBLISHED IN OFFICIAL REPORTERS IN SUPPORT OF MOTION OF KENNETH E. LONCHAR TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    January 18, 2008<br>Time:    9:00 a.m.<br>Judge:  Hon. Jeremy Fogel<br>           Courtroom No. 3 |

1. *Bowoto v. Chevron Corp.*, No. C-99-02506 SI, 2006 WL 2455752 (N.D. Cal. Aug. 22, 2006)

2. *Green v. Univ. of San Francisco*, No. C 06-3321JF(PVT), 2006 WL 3545024 (N.D. Cal. Dec. 8, 2006)

3. *In re AOL Time Warner, Inc., Sec. & ERISA Litig.*, No. 1500, 02 Civ. 5575 SWK, 2006 U.S. Dist. Lexis 17588 (S.D.N.Y. Apr. 6, 2006)

4. *In re Meris Labs., Inc.*, 57 SEC Docket 1684, 1994 WL 523841 (SEC Sept. 26, 1994)

5. *In re Metricom Sec. Litig.*, No. C01-4085 PJH, 2004 WL 966291 (N.D. Cal. Apr. 29, 2004)

6. *In re Redback Networks, Inc. Sec. Litig.*, No. C 03-5642 JF, 2007 U.S. Dist. LEXIS 27389 (C.D. Cal. Mar. 30 2007)

7. *In re Watchguard Sec. Litig.*, No. C05-678LJR, 2006 U.S. Dist. LEXIS 27217 (W.D. Wash. Apr. 21, 2006)

8. *May v. Borick*, No. CV 95-8407 LGB (EX), 1997 WL 314166 (C.D. Cal. Mar. 3, 1997)

9. *SEC v. Baxter*, No. C-05-03843 RMW, 2007 WL 2013958 (N.D. Cal. July 11, 2007)

10. *SEC v. Kahn*, No. 99C 6343, 2002 WL 1163723 (N.D. Ill. May 31, 2002)

11. *SEC v. Lucent Techs., Inc.*, No. Civ. 04-2315(WHW), 2005 WL 1206841 (D.N.J. May 20, 2005)

12. *SEC v. Parnes,* No. 01 CIV 0763 LLS THK, 2001 WL 1658275 (S.D.N.Y. Dec. 26, 2001)

13. *SEC v. Roanoke Tech. Corp.,* No. 6:05-cv-1880-Orl-31KRS, 2006 WL 2470329 (M. D. Fla. Aug. 24, 2006)

14. *SEC v. Scrushy,* No. CV-03-J-615S, 2005 WL 3279894 (N.D. Ala. Nov. 29, 2005)

15. *SEC. v. Todd,* No. 03CV2230BEN (WMC), 2006 WL 1564892 (S.D. Cal. May 30, 2006)

16. *Woods v. Carey,* No. 04-57191, 2007 WL 2859716 (9th Cir. Oct. 1, 2007)

Dated: October 5, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/S/
EDWARD P. DAVIS, JR.
SUSAN D. RESLEY

*Attorneys for Defendant, Kenneth E. Lonchar*