SUSAN D. RESLEY (STATE BAR NO. 161808)
   sresley@orrick.com
EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
   edavis@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
   apackel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>MARK LESLIE, et al,<br><br>              Defendants. | Case No.  C 07-3444 JF<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT KENNETH E. LONCHAR TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     January 18, 2008<br>Time:    9:00 a.m.<br>Judge:   Hon. Jeremy Fogel<br>              Courtroom No. 3 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION OF DEFENDANT KENNETH E. LONCHAR
TO DISMISS PLAINTIFF'S COMPLAINT
Master File No. C 07 3444 JF

OHS West:260304070.1

     Defendant Kenneth E. Lonchar brought a Motion to Dismiss Plaintiff's Complaint on October 5, 2007. After considering the pleadings, the papers submitted by the parties, and the oral argument of counsel, and good cause appearing therefore, the Court hereby orders that Defendant Lonchar's Motion to Dismiss is granted. Specifically, the Court grants Defendant's Motion to Dismiss in its entirety for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b).

     Accordingly, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is dismissed in its entirety WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

                                                      HONORABLE JEREMY FOGEL
                                                      UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION OF DEFENDANT KENNETH E. LONCHAR TO DISMISS PLAINTIFF'S COMPLAINT
Master File No. C 07 3444 JF

OHS West:260304070.1