Douglas R. Young (State Bar No. 073248)
William P. Keane (State Bar No. 124756)
Jessica K. Nall (State Bar No. 215149)
Amarra A. Lee (State Bar No. 245679)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dyoung@fbm.com
Email: wkeane@fbm.com
Email: jnall@fbm.com
Email: alee@fbm.com

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>Defendants. | Case No. 5:07-cv-03444-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARK LESLIE'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE PRAYER FOR PENALTIES**<br><br>Date:  January 18, 2008<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 3, 5th Floor<br>Judge:  Honorable Jeremy D. Fogel<br><br>Date Complaint Filed: July 2, 2007<br>Date Set For Trial: None |

The matter came on regularly for hearing on January 18, 2008 before this Court, the Honorable Jeremy D. Fogel presiding. Having considered the papers submitted by the parties and the arguments presented by counsel, this Court finds that Plaintiffs have failed to state a cause of action against Defendant Mark Leslie. This Court further finds that granting Plaintiffs leave to amend would be futile given the statute of limitations bar, which Plaintiff cannot plead around.

/ / /

/ / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFENDANT
MARK LESLIE'S MOTION TO DISMISS COMPLAINT
CASE NO. 5:07-CV-03444-JF

17289\1356415.1

1  Thus, this Court grants Defendant Leslie's Motion to Dismiss Plaintiff's Complaint *with*

2  *prejudice* as to all causes of action against the Defendant Leslie.

3      IT IS SO ORDERED.

5  DATED: _____

6                                                  HONORABLE JEREMY FOGEL

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFENDANT
MARK LESLIE'S MOTION TO DISMISS COMPLAINT - 2 -
CASE NO. 5:07-CV-03444-JF

17289\1356415.1