SUSAN D. RESLEY (STATE BAR NO. 161808)
    sresley@orrick.com
EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
    edavis@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
    apackel@orrick.com
JAN WESTFALL (STATE BAR NO. 241106)
    jwestfall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>     v.<br><br>MARK LESLIE, et al,<br><br>               Defendants. | Case No.  C 07-3444 JF<br><br>**PROOF OF SERVICE**<br><br>Date:    January 18, 2008<br>Time:    9:00 a.m.<br>Judge:  Hon. Jeremy Fogel<br>           Courtroom No. 3 |

OHS West:260315664.1

## PROOF OF SERVICE

I, Nadia Louis Hermez, declare:

I am a resident of the State of California and over the age of eighteen year, and not a party to the within action; my business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **October 5, 2007**, I served the within documents:

**1.    Notice of Motion of Defendant Kenneth E. Lonchar to Dismiss Complaint; Memorandum of Points and Authorities in Support Thereof;**

**2.    Declaration of Susan D. Resley in Support of Notice of Motion of Defendant Kenneth E. Lonchar's to Dismiss Complaint;**

**3.    Request for Judicial Notice In Support of Defendant Kenneth E. Lonchar's Motion to Dismiss The Securities & Exchange Commission's Complaint;**

**4.    Appendix of Authority Not Published in Official Reporters in Support of Motion of Kenneth E. Lonchar to Dismiss Plaintiff's Complaint; and,**

**5.    [Proposed] Order Granting Motion of Defendant Kenneth E. Lonchar to Dismiss Plaintiff's Complaint.**

**6.    Notice of Manual Filing of the Declaration of Susan D. Resley in Support of Defendant Kenneth E. Lonchar's Motion to Dismiss Plaintiff's Complaint**

**7.    Proof of Service**

on the interested parties in this action as follows:

☒    **(By Mail)**, I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

☐    **(By Federal Express)**, I caused such document to be delivered overnight to the offices of the addressee.

☒    **(By Electronic Mail)**, I caused such documents to be transmitted by electronic mail to the offices of the addressee.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 5, 2007** at Menlo Park, California

1

PROOF OF SERVICE

OHS West:260315664.1

1

2

# SERVICE LIST

3

4

**Attorneys For Plaintiffs, SEC:**                    **Attorneys for Defendant, Mark Leslie**

5      Richard Hong                                   Douglas Young
       U.S. SECURITIES AND EXCHANGE                   William P. Keane
6      COMMISSION                                     Amarra A. Lee
       1000 F Street, NE                              Jessica Nall
7      Washington, DC 20549-4010-A                    FARELLA BRAUN & MARTEL LLP
       T: (202) 551-4431                              Russ Building
8      hongr@sec.gov                                  235 Montgomery Street
                                                      San Francisco, CA 94104
9                                                     T: (415) 954-4400
                                                      dyoung@fbm.com
10                                                    wkeane@fbm.com
                                                      alee@fbm.com
11                                                    jnall@fbm.com
                                                      dclarke@fbm.com

12

13     **Attorneys for Defendant, Paul A. Sallaberry:**

14     Gregg S. Farano
       Jahan P. Raissi
15     SHARTSIS FRIESE LLP
       One Maritime Plaza, 18th Floor
16     San Francisco, CA 94111-3598
       T: (415) 773-7260
17     gfarano@sflaw.com
       jraissi@sflaw.com

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

OHS West:260315664.1