Douglas R. Young (State Bar No. 073248)
William P. Keane (State Bar No. 124756)
Jessica K. Nall (State Bar No. 215149)
Amarra A. Lee (State Bar No. 245679)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dyoung@fbm.com
Email: wkeane@fbm.com
Email: jnall@fbm.com
Email: alee@fbm.com

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>    Defendants. | Case No. 5:07-cv-03444-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARK LESLIE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE PRAYER FOR PENALTIES**<br><br>Date:  January 18, 2008<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 3, 5th Floor<br>Judge:  Honorable Jeremy D. Fogel<br><br>Date Complaint Filed: July 2, 2007<br>Date Set For Trial: None |

/ / /

1         After full consideration of the pleadings and the papers submitted in support of Defendant

2  Mark Leslie's Request for Judicial Notice, and good cause appearing therefore, the supporting

3  documents referenced therein are subject to judicial notice under Federal Rule of Evidence

4  201(b).  Accordingly, the Court GRANTS the Defendant's Request for Judicial Notice, and takes

5  judicial notice of the following:

6        1.      Mark Leslie's email to Veritas Software Corporation's ("Veritas") Board of

7  Directors and Audit Committee dated October 2, 2000.

8        2.      Audit Committee Member Steve Brooks' email to Veritas' Board of Directors

9  dated October 3, 2000.

10        3.      Veritas' Form 10-K for the fiscal year ended December 31, 2000, filed with the

11  SEC March 29, 2001.

12        4.      Veritas' Form 10-K/A filed with the SEC on March 17, 2003.

13        5.      Veritas' Form 8-K filed with the SEC on October12, 2000, announcing Veritas'

14        financial results for Q3 2000.

15        6.      Veritas' Form 8-K filed with the SEC on January 24, 2001, announcing Veritas'

16        financial results for Q4 2000.

17

18  **IT IS SO ORDERED.**

19

20  DATED: _____        _____

21                                      HONORABLE JEREMY FOGEL

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROPOSED] ORDER GRANTING DEFENDANT MARK
LESLIE'S REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:07-CV-03444-JF     - 2 -     17289\1356939.1