Douglas R. Young (State Bar No. 073248)
William P. Keane (State Bar No. 124756)
Jessica K. Nall (State Bar No. 215149)
Amarra A. Lee (State Bar No. 245679)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dyoung@fbm.com
Email: wkeane@fbm.com
Email: jnall@fbm.com
Email: alee@fbm.com

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>Defendants. | Case No. 5:07-cv-03444-JF<br><br>**DECLARATION OF JESSICA NALL IN SUPPORT OF DEFENDANT MARK LESLIE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE PRAYER FOR PENALTIES**<br><br>Date: January 18, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy D. Fogel<br><br>Date Complaint Filed: July 2, 2007<br>Date Set For Trial: None |

I, Jessica K. Nall, hereby declare:

1. I am an attorney licensed to practice law in the State of California and the Northern District of California, and am an associate with the firm Farella Braun + Martel LLP, attorneys of record for Defendant Mark Leslie. I state the facts in this declaration of my own knowledge, and could and would testify competently to the same if called as a witness.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF JESSICA NALL IN SUPPORT OF
MOTION TO DISMISS COMPLAINT
CASE NO. 5:07-CV-03444-JF

17289\1356419.1

1    2.    In 2002 the Securities and Exchange Commission ("SEC" or the "Commission") began conducting a formal investigation, subpoenaing documents and obtaining testimony of certain former officers of Veritas Software Corporation ("Veritas"), America Online ("AOL) and Veritas' former auditors. I understand that in the course of the investigation, the SEC received thirteen to eighteen million pages of documents from the Defendants, Veritas, AOL, and the auditors and took investigative testimony of 129 individuals. The testimonies of several witnesses last more than one day.

3.    Attached hereto as Exhibit A is a true and correct copy of the email sent from Mark Leslie to Veritas' Board of Directors and Audit Committee dated October 2, 2000.

4.    Attached hereto as Exhibit B is a true and correct copy of the email sent from Audit Committee Member Steve Brooks' to Veritas' Board of Directors dated October 3, 2000.

5.    Attached hereto as Exhibit C is a true and correct copy of Veritas' Form 10-K for the fiscal year ended December 31, 2000, filed with the SEC March 29, 2001.

6.    Attached hereto as Exhibit D is a true and correct copy of Veritas' Form 10-K/A filed with the SEC on March 17, 2003.

7.    Attached hereto as Exhibit E is a true and correct copy of Veritas' Form 8-K filed with the SEC on October 12, 2000, announcing Veritas' financial results for Q3 2000.

8.    Attached hereto as Exhibit F is a true and correct copy of Veritas' Form 8-K filed with the SEC on January 24, 2001, announcing Veritas' financial results for Q4 2000.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2007 in San Francisco, California.

_____/s/ Jessica K. Nall_____
JESSICA K. NALL

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF JESSICA NALL IN SUPPORT OF
MOTION TO DISMISS COMPLAINT                - 2 -
CASE NO. 5:07-CV-03444-JF

17289\1356419.1