Douglas R. Young (State Bar No. 073248)
William P. Keane (State Bar No. 124756)
Jessica K. Nall (State Bar No. 215149)
Amarra A. Lee (State Bar No. 245679)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  dyoung@fbm.com
Email:  wkeane@fbm.com
Email:  jnall@fbm.com
Email:  alee@fbm.com

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>    Defendants. | Case No. 5:07-cv-03444-JF<br><br>**APPENDIX OF AUTHORITIES NOT CITED IN THE FEDERAL REPORTER IN SUPPORT OF MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE PRAYER FOR PENALTIES**<br><br>Date:    January 18, 2008<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 3, 5th Floor<br>Judge:   Honorable Jeremy D. Fogel<br><br>Date Complaint Filed:  July 2, 2007<br>Date Set For Trial:  None |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

APPENDIX OF CASES IN SUPPORT OF MOTION TO
DISMISS AND MOTION TO STRIKE
CASE NO. 5:07-CV-03444-JF

17289\1357815.1

## **INDEX OF CASES NOT CITED IN FEDERAL REPORTER**

TAB

*In re AOL Time Warner, Inc. v. Sec. & ERISA Litigation*,
    2006 U.S. Dist. LEXIS 17588 (S.D.N.Y. 2006) .................................................................. A

*In re Atmel Corp. Derivative Litigation*,
    2007 U.S. Dist. LEXIS 54058 (N.D. Cal. 2007) .................................................................. B

*Badger v. Grubb & Ellis Co.*,
    1992 U.S. Dist. LEXIS 3648 (N.D. Cal. 1992) ................................................................... C

*In re Convergent Technologies Second Half 1984 Sec. Litigation*,
    1990 WL. 606271 *10 (N.D. Cal. 1990) ............................................................................. D

*Mathews v. Centex Telemanagement, Inc.*,
    1994 U.S. Dist. LEXIS 7895 (N.D. Cal. 1994) .................................................................... E

*PYR Energy Corp. v. Samson Resources Co.*,
    2007 WL 858804, *2 (E.D.Tex. 2007) ................................................................................ F

*SEC v. Morris*,
    2005 WL. 2000665 *8 (S.D. Tex. 2005) .............................................................................. G

*SEC v. Parnes*,
    2001 WL. 1658275 *5 (S.D.N.Y. 2001) ............................................................................... H

*In re Silicon Storage Technology, Inc.*,
    2006 WL 648683 *6 (N.D.Cal., 2006) ................................................................................ I

## **OTHER**

Financial Accounting Standards Board's ("FASB") Statement of Financial Accounting Concepts No. 2, Qualitative Characteristics of Accounting Information ....................................... J

Dated: October 5, 2007                        FARELLA BRAUN + MARTEL LLP

                                                By: /s/ Douglas R. Young
                                                    Douglas R. Young
                                                    William P. Keane

                                                    Attorneys for Defendant
                                                    MARK LESLIE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX OF CASES IN SUPPORT OF MOTION TO
DISMISS AND MOTION TO STRIKE    - 1 -    17289\1357815.1
CASE NO. 5:07-CV-03444-JF