1  SHARTSIS FRIESE LLP
   JAHAN P. RAISSI (Bar #168599)
2  GREGG S. FARANO (Bar #221505)
   LISA A. JACOBS (Bar #230364)
3  One Maritime Plaza, Eighteenth Floor
   San Francisco, CA 94111
4  Telephone: (415) 421-6500
   Facsimile: (415) 421-2922
5  Email: jraissi@sflaw.com

6  Attorneys for Defendant
   Paul A. Sallaberry
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  SECURITIES AND EXCHANGE       Case No. C 07-3444 JF
    COMMISSION,
13                                **[PROPOSED] ORDER GRANTING
              Plaintiff,          DEFENDANT PAUL A. SALLABERRY'S
14                                MOTION TO DISMISS FRAUD CLAIMS
       v.                         AND TO STRIKE CERTAIN REQUESTS
15                                FOR RELIEF**
    MARK LESLIE, KENNETH E.
16  LONCHAR, PAUL A. SALLABERRY,  **[Pursuant to Fed. R. Civ. P. 9(b) and 12(f)]**
    MICHAEL M. CULLY, and DOUGLAS
17  S. NEWTON,                    Date:  January 18, 2008
                                  Time:  9:00 AM
18            Defendants.         Place: Courtroom 3, 5th Floor
                                  Judge: The Honorable Jeremy D. Fogel
19
                                  Complaint Filed: July 2, 2007
20

21      Defendant Paul A. Sallaberry's motion to dismiss came on for hearing on January 18,

22  2008, before the Honorable Jeremy D. Fogel.

23      Having read the papers and considered the arguments of counsel, the Court hereby rules as

24  follows:

25      Plaintiff's Complaint fails to plead the alleged fraud with particularity and that Plaintiffs

26  are unable to cure these defects by amendment. Accordingly the Court hereby GRANTS

27  Defendant Sallaberry's motion to dismiss Plaintiff's First, Second, Third, Fifth and Sixth Claims

28  against him.

- 1 -

1  It is FURTHER ORDERED that the action be DISMISSED WITH PREJUDICE as to Defendant Sallaberry, and that, there being no reason for delay, said judgment be entered immediately pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DATED: _____, 2008

6363\001\LJACOBS\1463345.1

        Hon. Jeremy D. Fogel
        United States District Court Judge

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

- 2 -
Case No. C 07-3444 JF
DEFENDANT SALLABERRY'S NOTICE OF MOTION AND MOTION TO STRIKE CERTAIN REMEDIES