SHARTSIS FRIESE LLP
JAHAN P. RAISSI (Bar #168599)
GREGG S. FARANO (Bar #221505)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jraissi@sflaw.com

Attorneys for Defendant
Paul A. Sallaberry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY, and DOUGLAS S. NEWTON,<br><br>Defendants. | Case No. C 07-3444 JF<br><br>**DECLARATION OF LISA A. JACOBS IN SUPPORT OF DEFENDANT PAUL A. SALLABERRY'S MOTION TO DISMISS AND FRAUD CLAIMS AND TO STRIKE CERTAIN REQUESTS FOR RELIEF**<br><br>Date: January 18, 2008<br>Time: 9:00 AM<br>Place: Courtroom 3, 5th Floor<br>Judge: The Honorable Jeremy D. Fogel<br><br>Complaint Filed: July 2, 2007 |

I, LISA A. JACOBS, declare as follows:

1. I am an associate with the law firm of Shartsis Friese LLP, attorney for Defendant Paul A. Sallaberry in the above captioned matter. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. Based on my familiarity with this matter, I am informed and believe that since the Securities and Exchange Commission ("SEC") began its investigation in 2002, approximately 18 million pages of documents have been gathered by the SEC and the testimony of over 100 witness has been taken.

3. Attached as Exhibit A is a true and correct copy of the advertising agreement referenced in the Complaint. (Compl. ¶¶ 24-25, 29.)

4. Based on my familiarity with this matter, I am informed and believe that Mr. Sallaberry entered into a tolling agreement with the SEC that operated to toll the statute of limitations from December 1, 2005 to June 30, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2007, at San Francisco, California.

*/s/ Lisa A. Jacobs*
LISA A. JACOBS

6363\001\LJACOBS\1463641.1