## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 5, 2007
**Case Number:** CV-07-3444-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     SECURITIES EXCHANGE COMMISSION  V.  MARK LESLIE, ET AL.

**PLAINTIFF**                                                                                      **DEFENDANT**

**Attorneys Present: Richard Hong**        **Attorneys Present: William Keane, Jessica Nall, Amarra Lee**
for Leslie, Jahan Raissi for Sallaberry, Edward Davis for Lonchar

PROCEEDINGS:
    Case management conference held.  Parties are present.
    Continued to 1/18/08 at 9:00 a.m. for further case management conference, to be heard with the motions.