RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246 (Hong)
e-mail:  hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, et al.,<br><br>Defendants. | Civil Action No.  C 07-3444 JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED REQUEST FOR LEAVE TO FILE AN OVER-SIZED OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

This Court having reviewed Plaintiff Securities and Exchange Commission's (the "SEC" or "Commission") unopposed request for leave to file an over-sized omnibus opposition memorandum to defendants' three motions to dismiss, and for good cause shown;

[PROPOSED] ORDER GRANTING PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION'S
UNOPPOSED REQUEST FOR LEAVE TO FILE
AN OVER-SIZED OMNIBUS MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTIONS TO
DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

IT IS HEREBY ORDERED that Plaintiff Securities and Exchange Commission may file an over-sized omnibus memorandum in opposition, not to exceed 75 pages of text, to the defendants' three motions to dismiss the Commission's complaint.

SO ORDERED.

Dated: _____

_____
JEREMY FOGEL
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED REQUEST FOR LEAVE TO FILE AN OVER-SIZED OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 -JF

2