RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246 (Hong)
e-mail:  hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, et al.,<br><br>Defendants. | Civil Action No.  C 07-3444 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDED SCHEDULE FOR MOTIONS TO DISMISS** |

This Stipulation is entered into by and among plaintiff, Securities and Exchange Commission ("SEC"), and defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS, on September 18, 2007, this Court entered an Order Re Briefing Schedule for Motions to Dismiss;

WHEREAS, under this Court's Order Re Briefing Schedule for Motions to Dismiss, Plaintiff SEC's opposition brief is due on or before November 30, 2007 and Defendants' reply briefs are due on or before December 14, 2007;

WHEREAS, Plaintiff SEC has requested one (1) business day extension to serve and file its opposition brief, and offered the same extension for the Defendants to serve and file their reply briefs;

1      WHEREAS, the Defendants have agreed to Plaintiff SEC's request and offer;

2      NOW THEREFORE, the above referenced parties to this action, by and through their

3  attorneys, hereby jointly submit this proposed order to the Court to amend the briefing schedule as

4  follows:

5      1.    Plaintiff SEC shall file and serve its combined opposition brief on or before

6  December 3, 2007; and

7      2.    Defendants shall file and serve their reply briefs on or before December 17,

8  2007.

9

10  IT IS SO STIPULATED AND AGREED.

11

12      Respectfully submitted,

13

14  Dated: November 30, 2007       /s/ Richard Hong
    Richard Hong
15      Counsel for Plaintiff Securities and Exchange
    Commission
16

17  Dated: November 30, 2007       /s/ with permission
    William P. Keane
18      Jessica K. Nall
19      Counsel for defendant Mark Leslie

20
21  Dated: November 30, 2007       /s/ with permission
    Susan D. Resley
22      Robin N. Linsenmayer
    Counsel for defendant Kenneth E. Lonchar
23
24  Dated: November 30, 2007       /s/ with permission
    Jahan P. Raissi
25      Gregg S. Farano
    Counsel for defendant Paul A. Sallaberry

26

27

28  JOINT STIPULATION AND [PROPOSED] ORDER    2
RE: AMENDED SCHEDULE FOR MOTIONS TO
DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

\* \* \*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____    _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDED SCHEDULE FOR MOTIONS TO DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 -JF         3