RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431
Facsimile: (202) 772-9246
e-mail: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, et al.,<br><br>Defendants. | Civil Action No. C 07-3444 JF<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANTS LESLIE'S, LONCHAR'S, AND SALLABERRY'S REQUESTS FOR JUDICIAL NOTICE OF CERTAIN DOCUMENTS IN SUPPORT OF THEIR MOTIONS TO DISMISS**<br><br>Date: January 18, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 3, 5th Floor<br>Hon. Jeremy Fogel |

1  Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") respectfully
2  submits this response to defendants Leslie's, Lonchar's and Sallaberry's requests for judicial notice
3  in support of their motions to dismiss.
4  The Commission has no objection as to the defendants' requests for judicial notice of those
5  documents which are governed by Fed. R. Evid. 201.  For example, the Commission has no objection
6  as to the SEC filings of Veritas from the period relevant to this action.
7  However, to the extent that the defendants are using any of the documents referred to in their
8  requests to obtain any determination of factual issues in connection with their motions to dismiss, the
9  Commission objects to such use of the documents.

Dated:  December 3, 2007              Respectfully submitted,


                                      ___/s/  Richard Hong____
                                      Richard Hong
                                      Jeffrey B. Finnell
                                      Thomas D. Manganello

                                      United States Securities and Exchange Commission
                                      100 F Street, N.E.
                                      Washington, D.C. 20549-4010-A
                                      Tel. (202) 551-4431
                                      Fax (202) 772-9365
                                      Email: hongr@sec.gov

                                      Attorneys for Plaintiff United States
                                      Securities and Exchange Commission

PLAINTIFF SECURITIES AND EXCHANGE                    2
COMMISSION'S RESPONSE TO DEFENDANTS
LESLIE'S, LONCHAR'S, AND SALLABERY'S
REQUESTS FOR JUDICIAL NOTICE OF
CERTAIN DOCUMENTS IN SUPPORT OF THEIR
MOTIONS TO DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on this day, December 3, 2007, I electronically filed the foregoing Plaintiff SEC's Response to Defendants Leslie's, Lonchar's and Sallaberry's Requests for Judicial Notice in Support of Their Motions to Dismiss with the Clerk of the Court by using the ECF system and relied upon that system's automatic service of the foregoing document upon counsel, which will send notification of such filing to the ECF participants.

In addition, on this day, December 3, 2007, the undersigned caused a copy of the foregoing document to be served by regular first class mail to the following:

| | |
|---|---|
| Counsel for Mark Leslie<br>William P. Keane, Esq.<br>Farella Braun & Martel LLP<br>Russ Building / 235 Montgomery Street<br>San Francisco, CA 94104 | Counsel for Paul Sallaberry<br>and Douglas Newton<br>Jahan Raissi, Esq.<br>Shartsis, Friese & Ginsburg, LLP<br>18th Floor, One Maritime Plaza<br>San Francisco, CA 94111 |
| Counsel for Kenneth E. Lonchar<br>Susan Resley, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | |

                                              __/s/ Richard Hong_____
                                              Counsel for Plaintiff SEC

PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S RESPONSE TO DEFENDANTS
LESLIE'S, LONCHAR'S, AND SALLABERY'S
REQUESTS FOR JUDICIAL NOTICE OF
CERTAIN DOCUMENTS IN SUPPORT OF THEIR
MOTIONS TO DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

3