1  RICHARD HONG (Trial Counsel) (Admitted in New York)
   SCOTT W. FRIESTAD
2  MELISSA A. ROBERTSON                          **E-filed 12/7/07**
   JEFFREY B. FINNELL
3  THOMAS D. MANGANELLO

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  100 F Street, N.E.
   Washington, DC  20549-4010-A
6  Telephone:  (202) 551-4431 (Hong)
   Facsimile:   (202) 772-9246 (Hong)
7  e-mail:  hongr@sec.gov

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11
   SECURITIES AND EXCHANGE              Civil Action No.  C 07-3444 JF
12 COMMISSION,

13           Plaintiff,                 **JOINT STIPULATION AND
                                        [PROPOSED] ORDER RE: AMENDED
14      vs.                             SCHEDULE FOR MOTIONS TO
                                        DISMISS**
15 MARK LESLIE, et al.,

16           Defendants.

17

18      This Stipulation is entered into by and among plaintiff, Securities and Exchange Commission

19 ("SEC"), and defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively,

20 "Defendants"), through their respective attorneys of record.

21      WHEREAS, on September 18, 2007, this Court entered an Order Re Briefing Schedule for

22 Motions to Dismiss;

23      WHEREAS, under this Court's Order Re Briefing Schedule for Motions to Dismiss, Plaintiff

24 SEC's opposition brief is due on or before November 30, 2007 and Defendants' reply briefs are due

25 on or before December 14, 2007;

26      WHEREAS, Plaintiff SEC has requested one (1) business day extension to serve and file its

27 opposition brief, and offered the same extension for the Defendants to serve and file their reply

28 briefs;

1    WHEREAS, the Defendants have agreed to Plaintiff SEC's request and offer;

2    NOW THEREFORE, the above referenced parties to this action, by and through their

3  attorneys, hereby jointly submit this proposed order to the Court to amend the briefing schedule as

4  follows:

5    1.    Plaintiff SEC shall file and serve its combined opposition brief on or before

6  December 3, 2007; and

7    2.    Defendants shall file and serve their reply briefs on or before December 17,

8  2007.

9

10  IT IS SO STIPULATED AND AGREED.

11

12    Respectfully submitted,

13

14  Dated: November 30, 2007        ____/s/  Richard Hong
                                    Richard Hong
15                                  Counsel for Plaintiff Securities and Exchange
                                    Commission
16

17  Dated: November 30, 2007        ____/s/  with permission
                                    William P. Keane
18                                  Jessica K. Nall
19                                  Counsel for defendant Mark Leslie

20

21  Dated: November 30, 2007        ____/s/  with permission
                                    Susan D. Resley
22                                  Robin N. Linsenmayer
                                    Counsel for defendant Kenneth E. Lonchar
23

24  Dated: November 30, 2007        ____/s/  with permission
                                    Jahan P. Raissi
25                                  Gregg S. Farano
                                    Counsel for defendant Paul A. Sallaberry

26

27

28  JOINT STIPULATION AND [PROPOSED] ORDER        2
    RE: AMENDED SCHEDULE FOR MOTIONS TO
    DISMISS
    SEC v. MARK LESLIE, et al., Civil Action No. C
    07-3444 -JF

* * *

**[~~PROPOSED~~]ORDER**

IT IS SO ORDERED.


Dated: _12/7/07_____    _____

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER
RE: AMENDED SCHEDULE FOR MOTIONS TO
DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

3