1  EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
       edavis@orrick.com
2  SUSAN D. RESLEY (STATE BAR NO. 161808)
       sresley@orrick.com
3  ROBIN A. LINSENMAYER (STATE BAR NO. 244656)
       rlinsenmayer@orrick.com
4  JAN L. WESTFALL (STATE BAR NO. 241106)
       jwestfall@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA 94025
   Telephone:   650-614-7400
7  Facsimile:   650-614-7401

8  Attorneys for Defendant
   Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARK LESLIE, et al,<br><br>　　　　　Defendants. | Case No. C 07-3444 JF<br><br>**APPENDIX OF AUTHORITY NOT PUBLISHED IN OFFICIAL REPORTERS IN SUPPORT OF REPLY BRIEF OF DEFENDANT KENNETH E. LONCHAR IN SUPPORT OF MOTION TO DISMISS SEC'S COMPLAINT**<br><br>Date:　　January 18, 2008<br>Time:　　9:00 a.m.<br>Judge:　　Hon. Jeremy Fogel<br>　　　　　Courtroom No. 3 |

1.     *Baxter v. A.R. Baron & Co.,* No. 94 Civ 3913 (JGK), 1995 WL 600720 (S.D.N.Y. Oct. 12, 1995)

2.     *In re Exodus Commc'ns Sec. Litig.,* No. C01-2661 MMC160, 163, 2005 WL 1869289 (N.D. Cal. Aug. 5, 2005)

3.     *In re Ross Sys. Sec. Litig.,* No. C-94-0017-DLJ, 1994 WL 583114 (N.D. Cal. July 21, 1994)

4.     *In re Silicon Storage Tech. Sec. Litig.,* No. C 05-0295, 2006 U.S. Dist. LEXIS 14790 (N.D. Cal. Mar. 10, 2006)

5.     *In re Tibco Software Sec. Litig.,* No. C05 2146 SBA, 2006 U.S. Dist. LEXIS 36666 (N.D. Cal. May 24, 2006)

6.     *Mat-Van, Inc. v. Sheldon Good & Co. Auctions, LLC,* No. 07-CV-912-IEG (BLM), 2007 WL 3047093 (S.D. Cal. Oct. 16, 2007)

7.     *SEC v. Baxter,* No. C-05-03843 RMW, 2007 WL 2013958 (N.D. Cal. July 11, 2007)

8.     *SEC v. Cedric Kushner Promotions, Inc.,* No. 04 CV 2324 (TPG), 2006 US. Dist. LEXIS 32846 (S.D.N.Y. May 23, 2006)

9.     *SEC v. Harden,* Case No. 1:05-CV-354, 2006 U.S. Dist. LEXIS 2681 (D. Mich. Jan. 12, 2006)

10.     *SEC v. Kahn,* No. 99C 6343, 2002 WL 1163723 (N.D. Ill. May 31, 2002)

11.     *SEC v. Lucent Techs. Inc.,* No. Civ. 04-2315 (WHW), 2005 WL 1206841 (D.N.J. May 20, 2005)

12. *SEC v. Morris,* No. Civ. A. H-04-3096, 2005 WL 2000665 (S.D. Tex. Aug. 18, 2005)

13. *SEC v. Richie,* Case No. EDCV 06-63-VAP (SGLx), 2006 U.S. Dist. LEXIS 45853 (C.D. Cal. May 9, 2006)

14. *SEC. v. Todd,* No. 03CV2230BEN (WMC), 2006 WL 1564892 (S.D. Cal. May 30, 2006)

15. *SEC v. Todd,* No. 03 CV 2230 BEN, 2007 U.S. Dist. LEXIS 38985 (S.D. Cal. May 30, 2007)

Dated: December 17, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/S/
EDWARD P. DAVIS, JR.
SUSAN D. RESLEY

*Attorneys for Defendant, Kenneth E. Lonchar*