## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, Janaury 18, 2008
**Case Number:** CV-07-3444-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   SECURITIES EXCHANGE COMMISSION  V.  MARK LESLIE, ET AL.

            PLAINTIFF                              DEFENDANT

**Attorneys Present:** Richard Hong         **Attorneys Present:** William Keane, Jessica Nall for Leslie, Johan Raissi and Gregg Farano for Sallaberry, Jan Westfall and Susan Resley for Lonchar

**PROCEEDINGS:**

Hearing on Motions to Dismiss held.  Parties are present. The motions are taken under submission.  Continued to 3/21/08 at 10:30 a.m. for further case management conference.