RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010
Telephone: (202) 551-4431 (Hong)
Facsimile: (202) 772-9246
e-mail: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK LESLIE, et al.,<br><br>　　　　Defendants. | Civil Action No.  C 07-3444 JF<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS** |

The Securities and Exchange Commission ("SEC") respectfully requests the Court to enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the fund under this Court's jurisdiction in this action.

On August 3, 2007, the Court entered final judgments against defendants Michael M. Cully and Douglas S. Newton pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the final judgments, defendant Michael M. Cully paid a total of $216,470.67 of disgorgement and

1  penalty to the Clerk of the Court and defendant Douglas S. Newton paid a total of $62,263.36 of
2  disgorgement and penalty to the Clerk of this Court (the "Settlement Fund"). The Settlement Fund
3  was thereafter deposited in an interest-bearing account under the case name designation "<u>SEC v.
4  Mark Leslie, et al.</u>" The Settlement Fund constitutes a Qualified Settlement Fund ("QSF") under
5  section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26
6  C.F.R. §§ 1.468B-1 through 1.468B-5.

On October 26, 2007, the Court entered an order appointing Damasco & Associates ("Damasco") as Tax Administrator to fulfill the obligations of the Settlement Fund. Pursuant to that order, Damasco is required to pay taxes in a manner consistent with the treatment of the Settlement Fund as a QSF and is to be compensated for the tax services provided.

As set forth in the attached Declaration of Jude P. Damasco (Exhibit 1), Damasco has determined that the Settlement Fund owes $980 in tax liability for the tax year 2007. Because Damasco has informed the SEC that the payment is due March 17, 2008, the SEC respectfully requests expedited consideration of this motion.

For the foregoing reasons, the SEC respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: March 11, 2008

    Respectfully submitted,

    <u>/s/ Richard Hong</u>
    Richard Hong
    Assistant Chief Litigation Counsel
    UNITED STATES SECURITIES AND
    EXCHANGE COMMISSION
    100 F Street, N.E.
    Washington, DC 20549-4010
    Phone: (202) 551-4431 (Hong)
    Fax: (202) 772-9244
    Email: hongr@sec.gov

PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S MOTION TO DISBURSE FUNDS
TO PAY TAX OBLIGATIONS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

2

## CERTIFICATE OF SERVICE

I, Richard Hong, counsel for Plaintiff Securities and Exchange Commission, hereby certify that I have this day, March 11, 2008, caused a copy of the foregoing Plaintiff Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations to be served by electronic mail and by first-class mail to the following:

**Counsel for Mark Leslie**
William P. Keane, Esq.
Farella Braun & Martel LLP
Russ Building / 235 Montgomery Street
San Francisco, CA 94104

**Counsel for Kenneth E. Lonchar**
Susan Resley, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

**Counsel for Paul Sallaberry
and Douglas Newton**
Jahan Raissi, Esq.
Shartsis, Friese & Ginsburg, LLP
18th Floor, One Maritime Plaza
San Francisco, CA 94111

**Counsel for Michael M. Cully**
John L. Williams, Esq.
Manchester, Williams & Seibert
125 S. Market Street
Suite 1100
San Jose, CA 95113

     /s/ Richard Hong
Richard Hong
Counsel for Plaintiff SEC

PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 -JF

3