RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246
e-mail:  hongr@sec.gov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>       **Plaintiff,**<br><br>    **vs.**<br><br>**MARK LESLIE, et al.,**<br><br>      **Defendants.** | Civil Action No.  C 07-3444 JF<br><br>**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS** |

The Court having reviewed the Securities and Exchange Commission's ("SEC") Motion to Disburse Funds to Pay Tax Obligations and the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this __ day of March, 2008 hereby

**ORDERED** that**:**

1.      The Clerk of this Court shall issue a check on the account under the case name designation "SEC v. Mark Leslie, et al." for the amount of $980 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration.  The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 26-1498932.

2.      The Clerk of this Court shall send the check by overnight mail to:

Jude P. Damasco
Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

SO ORDERED.

Dated: _____

_____
JEREMY FOGEL
United States District Judge

Copies to: Counsel of Record