1  SUSAN D. RESLEY (Bar # 161808)
      sresley@orrick.com
2  EDWARD P. DAVIS, JR. (Bar # 56847)
      edavis@orrick.com
3  DANIELLE VAN WERT (Bar # 218245)
      dvanwert@orrick.com
4  ROBIN A. LINSENMAYER (Bar # 244656)
      rlinsenmayer@orrick.com
5  JAN WESTFALL (Bar # 241106)
      jwestfall@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA 94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  **Attorneys for Defendant
   Kenneth E. Lonchar**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MARK LESLIE, et al,<br><br>            Defendants. | Case No. 5:07-CV-03444-JF<br><br>**[PROPOSED] ORDER ESTABLISHING DISCOVERY PROTOCOL**<br><br>Date:    **April 22, 2008**<br>Time:    **10:00 am**<br>Place:    Courtroom 5<br>Judge:    Hon. Patricia V. Trumbull |

Defendant's Kenneth E. Lonchar's Motion for Order Establishing Discovery Protocol was heard before the Honorable Patricia V. Trumbull on April 22, 2008. Having read and considered the papers filed by all parties, and the arguments of counsel:

**IT IS HEREBY ORDERED THAT**:

1. Each party is permitted to take 30 depositions, 10 of which may exceed seven hours without further leave of the court.

OHS West:260401398.1

      2.      The party noticing the deposition shall be allotted 1/2 of the deposition time, with the remaining 1/2 of the deposition time to be split among the remaining parties evenly.

      3.      Each party is permitted to serve 90 interrogatories and 90 requests for admission.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE