SHARTSIS FRIESE LLP
JAHAN P. RAISSI (Bar #168599)
GREGG S. FARANO (Bar #221505)
LISA A. JACOBS (Bar #230364)
JOSEPH V. MAUCH (Bar #253693)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: gfarano@sflaw.com

Attorneys for Defendant
Paul A. Sallaberry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY, and DOUGLAS S. NEWTON,<br><br>    Defendants. | Case No. C 07-3444 JF<br><br>**JOINDER OF DEFENDANT PAUL A. SALLABERRY IN DEFENDANT KENNETH E. LONCHAR'S MOTION FOR ORDER ESTABLISHING DISCOVERY PROTOCOL**<br><br>Complaint Filed:   July 2, 2007<br><br>Date:    April 22, 2208<br>Time:    10:00 AM<br>Place:   Courtroom 5<br>Judge:   Hon. Patricia V. Trumbull |

Case No. C 07-3444 JF         JOINDER IN DEFENDANT'S MOTION FOR ORDER ESTABLISHING DISCOVERY PROTOCOL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Paul A. Sallaberry hereby joins in Defendant Kenneth E. Lonchar's Motion for Order Establishing Discovery Protocol submitted on March 18, 2008 and the arguments stated therein. On that basis, Mr. Sallaberry moves the Court to issue an order establishing the discovery protocols proposed by the Defendants in the Supplemental Case Management Statement filed with this Court and set forth in Mr. Lonchar's Motion.

DATED: March 19, 2008              SHARTSIS FRIESE LLP


                                   By:      /s/ *Gregg S. Farano*
                                            GREGG S. FARANO

                                   Attorneys for Defendant
                                   PAUL A. SALLABERRY

6363\001\GFARANO\1499614.1

- 1 -

Case No. C 07-3444 JF    JOINDER IN DEFENDANT'S MOTION FOR ORDER ESTABLISHING DISCOVERY PROTOCOL