1  Douglas R. Young (State Bar No. 073248)
   dyoung@fbm.com
2  William P. Keane (State Bar No. 124756)
   wkeane@fbm.com
3  Anthony P. Schoenberg (State Bar No. 203714)
   aschoenberg@fbm.com
4  Jessica K. Nall (State Bar No. 215149)
   jnall@fbm.com
5  Amarra A. Lee (State Bar No. 245679)
   alee@fbm.com
6  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
7  San Francisco, CA  94104
   Telephone:  (415) 954-4400
8  Facsimile:  (415) 954-4480

9  Attorneys for Defendant
   MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>　　　　　　　Defendants. | Case No. 5:07-cv-03444-JF<br><br>**JOINDER OF DEFENDANT MARK LESLIE IN DEFENDANT KENNETH E. LONCHAR'S MOTION FOR ORDER ESTABLISHING DISCOVERY PROTOCOL**<br><br>Date:　　April 22, 2008<br>Time:　　10:00 a.m.<br>Dept.:　　Courtroom 5<br>Judge:　　Honorable Patricia V. Trumbull<br><br>Date Complaint Filed: July 2, 2007<br>Date Set For Trial:　　None |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINDER TO KENNETH E. LONCHAR'S MOTION
FOR ORDER ESTABLISHING DISCOVERY
PROTOCOL - CASE NO. 5:07-CV-03444-JF

17289\1500047.1

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that defendant Mark Leslie hereby joins in Defendant Kenneth E. Lonchar's Motion for Order Establishing Discovery Protocol submitted on March 18, 2008 and the arguments stated therein. As a result, Mr. Leslie moves the Court to issue an order establishing the discovery protocols proposed by the Defendants in the Supplemental Case Management Statement filed with this Court and set forth in Mr. Lonchar's Motion.

Dated: March 20, 2008

FARELLA BRAUN + MARTEL LLP

By: /s/ Anthony P. Schoenberg
    Anthony P. Schoenberg

Attorneys for Defendant
MARK LESLIE

---

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINDER TO KENNETH E. LONCHAR'S MOTION
FOR ORDER ESTABLISHING DISCOVERY
PROTOCOL - CASE NO. 5:07-CV-03444-JF

- 1 -

17289\1500047.1