# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 21, 2008
**Case Number:** CV-07-3444-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**       **SECURITIES EXCHANGE COMMISSION  V.  MARK LESLIE, ET AL.**

**PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present: Richard Hong**        **Attorneys Present: William Keane and Jessica Nall for
Leslie, Jahan Raissi and Gregg Farano for Sallaberry, Robin
Linsenmayer and Edward Davis, Jr. for Lonchar**

PROCEEDINGS:

Further case management conference held.  Parties are present. The parties are referred to Magistrate Judge Joseph Spero for settlement conference to occur  by 6/27/08, pending further order of the Court.  The Court adopts the proposed case schedule.  The case is set for jury trial on 12/4/09 at 1:30 p.m. and pretrial conference on 11/20/09 at 11:00 a.m. The Court sets the dispositive motions cut-off date on 5/14/09.  Continued to 6/27/08 at 10:30 a.m. for further case management conference.