IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.: C 07-03444 JF |
| VS. | **CLERK'S NOTICE OF CONTINUANCE OF MOTION** |
| MARK LESLIE, ET AL., | |

PLEASE TAKE NOTICE that **the MOTION FOR DISCOVERY PROTOCOL** previously set for April 22, 2008 before Magistrate Patricia V. Trumbull has been **Rescheduled to April 29, 2008 at 10:00 a.m.** The parties are to appear before Magistrate Judge Patricia V. Trumbull in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: April 16, 2008

BY: /s/ Corinne Lew
     Corinne Lew