UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 4/29/08

Court Reporter: Jana Ridenour          Clerk: C. Lew

Case No:C 07-03444 JF          Case Title: Securities and Exchange Commission v. Mark Leslie, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Richard Hong | Robin Linsenmayer<br>Susan Resley<br>Jessica Nall<br>Joseph Mauch |

PROCEEDINGS

Pretrial Conferences:     [ ] Initial          [ ] Status          [ ] Discovery

[ ] Settlement          [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [ ] | 1. Motion for Discovery Protocol | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

**DISPOSITION**

[ ] Granted          [X ] Submitted          [ ] Settled

[ ] Denied          [ ] Briefs to be filed          [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

**ORDER TO BE PREPARED BY**

[ ] Plaintiff          [ ] Defendant          [ X] Court          [ ] Court w/opinion