# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-3444 JF (JCS)**

**CASE NAME: SEC v. Mark Leslie, et al.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** May 21, 2008   **TIME:** 1.5 hrs | **COURT REPORTER:** <u>Not recorded</u> |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| David Frohlich & Richard Hong | Jahan P. Raissi - Dft Sallaberry |
| | Gregg Farano - Dft Sallaberry |
| | Edward P. Davis - Dft Lonchar |
| | Susan D. Resley - Dft Lonchar |
| | Douglas R. Young - Dft Leslie |
| | Amarra A. Lee - Dft Leslie |
| | Tony Schoenberg - Dft Leslie |
| | Jessica K. Nall - Dft Leslie |

### PROCEEDINGS

X  SETTLEMENT CONFERENCE          ☐  FURTHER SETTLEMENT CONFERENCE

☐  DISCOVERY CONFERENCE

☐  STATUS CONFERENCE RE: _____

☐  TELEPHONIC CONFERENCE RE: _____

☐  OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

Settlement conference held. Case did not settle. Parties are invited to contact Judge Spero if they want a further settlement conference.

cc:    Chambers, Diana Munz