RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:  (202) 772-9246 (Hong)
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK LESLIE, et al.,<br><br>　　　　Defendants. | Civil Action No.  C 07-3444 JF<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISBURSE FUNDS TO PAY TAX ADMINISTRATOR'S FEES** |

　　　　The Securities and Exchange Commission ("SEC") respectfully requests the Court to enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay the fees of the Tax Administrator of the fund under this Court's jurisdiction in this action.

　　　　On August 3, 2007, the Court entered final judgments against defendants Michael M. Cully and Douglas S. Newton pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the final judgments, defendant Michael M. Cully paid a total of $216,470.67 of disgorgement and penalty to the Clerk of the Court and defendant Douglas S. Newton paid a total of $62,263.36 of

disgorgement and penalty to the Clerk of this Court (the "Settlement Fund"). The Settlement Fund was thereafter deposited in an interest-bearing account under the case name designation "<u>SEC v. Mark Leslie, et al.</u>" The Settlement Fund constitutes a Qualified Settlement Fund ("QSF") under section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

On October 26, 2007, the Court entered an order appointing Damasco & Associates ("Damasco") as Tax Administrator to fulfill the obligations of the Settlement Fund. Pursuant to that order, Damasco is required to pay taxes in a manner consistent with the treatment of the Settlement Fund as a QSF and is to be compensated for the tax services provided.

As set forth in the attached Declaration of Jude P. Damasco (Exhibit 1), the Tax Administrator has incurred fees of $1,675.00 in connection with the preparation and filing of the 2007 Settlement Fund tax return and related tax compliance services.

For the foregoing reasons, the SEC respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: May 28, 2008

                Respectfully submitted,

                /s/ Richard Hong
                Richard Hong
                Assistant Chief Litigation Counsel
                UNITED STATES SECURITIES AND
                EXCHANGE COMMISSION
                100 F Street, N.E.
                Washington, DC 20549-4010
                Phone: (202) 551-4431 (Hong)
                Fax: (202) 772-9244
                Email: hongr@sec.gov

PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S MOTION TO DISBURSE FUNDS
TO PAY TAX ADMINISTRATOR'S FEES
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 –JF

2

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that on this day, May 28, 2008, I electronically filed the foregoing motion and the attached proposed with the Clerk of the Court by using the ECF system and relied upon that system's automatic service of the foregoing document and the attached proposed order upon counsel, which will send notification of such filing to the ECF participants.

In addition, on this day, May 28, 2008, the undersigned caused a copy of the foregoing documents to be served by regular first class mail to the following:

| | |
|---|---|
| Counsel for Mark Leslie<br>William P. Keane, Esq.<br>Farella Braun & Martel LLP<br>Russ Building / 235 Montgomery Street<br>San Francisco, CA  94104 | Counsel for Paul Sallaberry<br> and Douglas Newton<br>Jahan Raissi, Esq.<br>Shartsis, Friese & Ginsburg, LLP<br>18th Floor, One Maritime Plaza<br>San Francisco, CA 94111 |
| Counsel for Kenneth E. Lonchar<br>Susan Resley, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Counsel for Michael M. Cully<br>John L. Williams, Esq.<br>Manchester, Williams & Seibert<br>125 S. Market Street<br>Suite 1100<br>San Jose, CA 95113 |

                                                   __/s/  Richard Hong_____
                                                   Counsel for Plaintiff SEC

PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S MOTION TO DISBURSE FUNDS
TO PAY TAX ADMINISTRATOR'S FEES
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 –JF

3