RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246  (Hong)
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK LESLIE, et al.,<br><br>　　　　Defendants. | Civil Action No.  C 07-3444 JF<br><br>**PLAINTIFF SEC'S MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS** |

The Securities and Exchange Commission ("SEC") respectfully requests the Court to enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the fund under this Court's jurisdiction in this action.

On August 3, 2007, the Court entered final judgments against defendants Michael M. Cully and Douglas S. Newton pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the final judgments, defendant Michael M. Cully paid a total of $216,470.67 of disgorgement and penalty to the Clerk of the Court and defendant Douglas S. Newton paid a total of $62,263.36 of disgorgement and penalty to the Clerk of this Court (the "Settlement Fund"). The Settlement Fund

was thereafter deposited in an interest-bearing account under the case name designation "SEC v. Mark Leslie, et al." The Settlement Fund constitutes a Qualified Settlement Fund ("QSF") under section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

On October 26, 2007, the Court entered an order appointing Damasco & Associates ("Damasco") as Tax Administrator to fulfill the obligations of the Settlement Fund. Pursuant to that order, Damasco is required to pay taxes in a manner consistent with the treatment of the Settlement Fund as a QSF and is to be compensated for the tax services provided.

As set forth in the attached Declaration of Jude P. Damasco (Exhibit 1), Damasco has determined that the Settlement Fund owes $200 in estimated tax liability for the second quarter of 2008. Because Damasco has informed the SEC that it needs to receive the check on or before June 6, 2008, to make timely payment, the SEC respectfully requests expedited consideration of this motion.

For the foregoing reasons, the SEC respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: May 28, 2008

Respectfully submitted,

/s/ Richard Hong
Richard Hong
Assistant Chief Litigation Counsel
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010
Phone: (202) 551-4431 (Hong)
Fax: (202) 772-9244
Email: hongr@sec.gov

PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 -JF

2

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on this day, May 28, 2008, I electronically filed the foregoing motion and the attached proposed with the Clerk of the Court by using the ECF system and relied upon that system's automatic service of the foregoing document and the attached proposed order upon counsel, which will send notification of such filing to the ECF participants.

In addition, on this day, May 28, 2008, the undersigned caused a copy of the foregoing documents to be served by regular first class mail to the following:

| | |
|---|---|
| Counsel for Mark Leslie<br>William P. Keane, Esq.<br>Farella Braun & Martel LLP<br>Russ Building / 235 Montgomery Street<br>San Francisco, CA  94104 | Counsel for Paul Sallaberry<br> and Douglas Newton<br>Jahan Raissi, Esq.<br>Shartsis, Friese & Ginsburg, LLP<br>18th Floor, One Maritime Plaza<br>San Francisco, CA 94111 |
| Counsel for Kenneth E. Lonchar<br>Susan Resley, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Counsel for Michael M. Cully<br>John L. Williams, Esq.<br>Manchester, Williams & Seibert<br>125 S. Market Street<br>Suite 1100<br>San Jose, CA 95113 |

                                                          __/s/  Richard Hong_____
                                                          Counsel for Plaintiff SEC

PLAINTIFF SECURITIES AND EXCHANGE       3
COMMISSION'S MOTION TO DISBURSE FUNDS
TO PAY TAX OBLIGATIONS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF