UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 27, 2008
**Case Number:** CV-07-3444-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**   SECURITIES AND EXCHANGE COMMISSION  V. MARK LESLIE, ET AL

  PLAINTIFF                              DEFENDANT

**Attorneys Present:** Richard Hong             **Attorneys Present:** William Keane and Amarra Lee for Leslie, Jahan Raissi for Sallaberry, Susan Resley for Lonchar

PROCEEDINGS:
Further case management conference held. Parties are present. The case remains set for jury trial on 12/4/09 at 1:30 p.m.