1  RICHARD HONG (Trial Counsel) (Admitted in New York)
2  SCOTT W. FRIESTAD
   MELISSA A. ROBERTSON
3  JEFFREY B. FINNELL
   THOMAS D. MANGANELLO
4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
6  Washington, DC  20549-4010
   Telephone:  (202) 551-4431 (Hong)
7  Facsimile:  (202) 772-9246
   e-mail:  hongr@sec.gov
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12

13

   SECURITIES AND EXCHANGE                    Civil Action No.  C 07-3444 JF
14 COMMISSION,

15         Plaintiff,                         [PROPOSED] ORDER TO DISBURSE
                                              FUNDS TO PAY TAX OBLIGATIONS
16    vs.

17 MARK LESLIE, et al.,

18         Defendants.

19

20        The Court having reviewed the Securities and Exchange Commission's ("SEC") Motion to

21 Disburse Funds to Pay Tax Obligations and the supporting Declaration of Jude P. Damasco (the

22 "Declaration"), and for good cause shown, it is this 27th day of June March, 2008 hereby

23        **ORDERED** that**:**

24        1.     The Clerk of this Court shall issue a check on the account under the case name

25 designation "SEC v. Mark Leslie, et al." for the amount of $980 payable to "Damasco & Associates,

26 Trust Account" for the payment of tax obligations as provided in the Declaration.  The Clerk of this

27

28 Court shall place on the check the following Employer Identification Number: EIN 26-1498932.

1

2        2.        The Clerk of this Court shall send the check by overnight mail to:

3                  Jude P. Damasco
                   Damasco & Associates LLP
4                  700 Monte Vista Lane
                   Half Moon Bay, CA 94019
5

6
The SEC's counsel shall provide the Court Registry with the necessary overnight shipping
7
information and the SEC's billing number.
8

9

10       SO ORDERED.

11

12
Dated: __6/27/08_____
13

14                                              _____
                                                JEREMY FOGEL
15                                              United States District Judge

16

17  Copies to: Counsel of Record

18

19

20

21

22

23

24

25

26

27

28