RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246  (Hong)
Email: hongr@sec.gov

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>       **Plaintiff,**<br><br>   vs.<br><br>**MARK LESLIE, et al.,**<br><br>       **Defendants.** | Civil Action No.  C 07-3444 JF<br><br>[~~PROPOSED~~] **ORDER TO DISBURSE FUNDS TO PAY TAX ADMINSTRATOR'S FEES** |

The Court having reviewed the Securities and Exchange Commission's ("SEC") Motion to Disburse Funds to Pay Tax Administrator's Fees, the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this 27th day of June, 2008 hereby

**ORDERED** that The Clerk of this Court shall issue a check on the account under the case name designation "<u>SEC v. Mark Leslie, et al.</u>" for the amount of $1675.00 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration.

The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 26-1498932 and send the check to:

>  Jude P. Damasco
>  Damasco & Associates LLP
>  700 Monte Vista Lane
>  Half Moon Bay, CA 94019

SO ORDERED.

Dated: 6/27/08

JEREMY FOGEL
United States District Judge

Copies to: Counsel of Record