RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246  (Hong)
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARK LESLIE, et al.,<br><br>　　　　　Defendants. | Civil Action No.  C 07-3444 JF<br><br>**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS** |

　　　The Court having reviewed the Securities and Exchange Commission's ("SEC") Motion to Disburse Funds to Pay Tax Obligations and the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this 27th day of June, 2008 hereby

　　　**ORDERED** that the Clerk of this Court shall issue a check on the account under the case name designation "<u>SEC v. Mark Leslie, et al.</u>" for the amount of $200 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration. The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 26-1498932 and shall send the check to:

1
2        Jude P. Damasco
         Damasco & Associates LLP
3        700 Monte Vista Lane
         Half Moon Bay, CA 94019
4
5
         SO ORDERED.
6
  Dated: 6/27/08
7
8                                              _____
                                               JEREMY FOGEL
9                                              United States District Judge
10
11 Copies to:  Counsel of Record
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2