RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431 (Hong)
Facsimile: (202) 772-9246 (Hong)
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MARK LESLIE, et al.,<br><br>　　　　Defendants. | Civil Action No. C 07-3444 JF<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER TO CONSOLIDATE COURT REGISTRY ACCOUNTS AND TO DISBURSE MONEY TO PAY TAXES AND FEES |

The Securities and Exchange Commission ("SEC") respectfully requests the Court to enter an order directing the Clerk of the Court to consolidate accounts containing disgorgement, penalties and prejudgment interest paid by defendants in this action and to make the disbursements already ordered by the Court from the consolidated account. Consolidation of the accounts will not prejudice any of the defendants and will ease the administration of the accounts going forward.[1]

---

[1] Counsel for the SEC has consulted with the defendants. The SEC has received no objection or opposition with respect to this motion from the defendants.

PLAINITFF'S UNOPPOSED MOTION TO CONSOLIDATE
COURT REGISTRY ACCOUNTS AND TO
DISBURSE MONEY TO PAY TAXES AND FEES
SEC v. MARK LESLIE, et al., No. C 07-3444 JF

On August 3, 2007, the Court entered final judgments against defendants Michael M. Cully and Douglas S. Newton pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the final judgments, defendant Cully paid a total of $216,470.67 of disgorgement, prejudgment interest and penalty to the Clerk of the Court and defendant Newton paid a total of $62,263.36 of disgorgement, prejudgment interest and penalty to the Clerk of the Court. The money deposited with the Court constitutes a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. QSFs are required periodically to pay federal taxes.

On October 26, 2007, the Court entered an order appointing Damasco & Associates ("Damasco") as tax administrator to fulfill the obligations of the QSF. Pursuant to that order, Damasco is required to pay taxes in a manner consistent with the treatment of the money as a QSF and is to be compensated for the tax services provided. On June 27, 2008, the Court entered three orders to disburse funds to pay the tax obligations of the QSF and an order to pay Damasco's fees for its work as the Tax Administrator.

On July 7, 2008, the SEC was notified by the Clerk of the Court that it is unable to disburse funds as directed by the June 27, 2008 orders because the Clerk of the Court deposited the money paid by defendants Cully and Newton into two separate accounts under the defendants' names and the orders do not specify from which account the money should be disbursed. If the two accounts are consolidated into a single account, the Clerk of the Court can make the disbursements required by the orders and any future disbursements ordered without further direction by the Court, which will aid in the administration of the fund. Consolidating the two accounts into a single account will not prejudice any of the defendants in this action.

PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE
COURT REGISTRY ACCOUNTS AND TO
DISBURSE MONEY TO PAY TAXES AND FEES
SEC v. MARK LESLIE, et al., No. C 07-3444 JF

For the foregoing reasons, the SEC respectfully requests the Court to enter the attached proposed order and grant such other relief as it deems just and proper.

Dated: July 28, 2008

                                               Respectfully submitted,

                                               /s/ Richard Hong_____
                                               Richard Hong
                                               Assistant Chief Litigation Counsel
                                               UNITED STATES SECURITIES AND
                                               EXCHANGE COMMISSION
                                               100 F Street, N.E.
                                               Washington, DC 20549-4010-A
                                               Phone:  (202) 551-4431
                                               Fax:     (202) 772-9244
                                               Email:  hongr@sec.gov

PLAINITFF'S UNOPPOSED MOTION TO CONSOLIDATE
COURT REGISTRY ACCOUNTS AND TO
DISBURSE MONEY TO PAY TAXES AND FEES
SEC v. MARK LESLIE, et al., No. C 07-3444 JF

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on this day, July 28, 2008, I electronically filed the foregoing motion and the attached proposed with the Clerk of the Court by using the ECF system and relied upon that system's automatic service of the foregoing document and the attached proposed order upon counsel, which will send notification of such filing to the ECF participants.

In addition, on this day, July 28, 2008, the undersigned caused a copy of the foregoing documents to be served by regular first class mail to the following:

| | |
|---|---|
| Counsel for Mark Leslie<br>William P. Keane, Esq.<br>Farella Braun & Martel LLP<br>Russ Building / 235 Montgomery Street<br>San Francisco, CA  94104 | Counsel for Paul Sallaberry<br>and Douglas Newton<br>Jahan Raissi, Esq.<br>Shartsis, Friese & Ginsburg, LLP<br>18th Floor, One Maritime Plaza<br>San Francisco, CA 94111 |
| Counsel for Kenneth E. Lonchar<br>Susan Resley, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Counsel for Michael M. Cully<br>John L. Williams, Esq.<br>Manchester, Williams & Seibert<br>125 S. Market Street<br>Suite 1100<br>San Jose, CA 95113 |

                                                 __/s/  Richard Hong_____
                                                 Counsel for Plaintiff SEC

PLAINITFF'S UNOPPOSED MOTION TO CONSOLIDATE
COURT REGISTRY ACCOUNTS AND TO
DISBURSE MONEY TO PAY TAXES AND FEES
SEC v. MARK LESLIE, et al., No. C 07-3444 JF