RICHARD HONG (Trial Counsel) (Admitted in New York)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431 (Hong)
Facsimile: (202) 772-9246 (Hong)
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MARK LESLIE, et al. <br><br> Defendants. | Civil Action No. C 07-3444 JF <br><br> [PROPOSED] ORDER TO CONSOLIDATE COURT REGISTRY ACCOUNTS AND TO DISBURSE MONEY TO PAY TAXES AND FEES |

The Court having reviewed the Securities and Exchange Commission's ("SEC") Unopposed Motion to Consolidate Court Registry Accounts and to Disburse Money to Pay Taxes and Fees, and any opposition thereto, and for good cause shown, it is this __12th__ day of __August__, 2008 hereby

ORDERED that the Clerk of the Court shall consolidate all court registry accounts in this action to a single account under the case name designation "SEC v. Mark Leslie, et al., and shall disburse funds to pay taxes and fees as set forth in the Court's June 27, 2008 orders.

SO ORDERED.

Dated: __8/12/08__

_____
JEREMY FOGEL
United States District Judge

Copies to Counsel of Record