UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>MARK LESLIE, et al.,<br><br>          Defendants. | Case No. 5:07-CV-03444-JF<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION [AND GRANTING MOTION FOR RECONSIDERATION] OF THE COURT'S AUGUST 19, 2008 ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO DISMISS AND TO STRIKE** |

1      Before the Court is Defendant Kenneth E. Lonchar's motion pursuant to N.D. Cal. Local Rule 7-9 for Leave to File a Motion for Reconsideration and for Reconsideration of this Court's August 19, 2008 Order Granting in Part and Denying in Part Motions to Dismiss and to Strike.

    After full consideration of the pleadings, and the papers on file herein, the Court orders that:

    Mr. Lonchar's Motion for Leave to File a Motion for Reconsideration is GRANTED.

    [Mr. Lonchar's Motion for Reconsideration is GRANTED. The Court hereby dismisses the Third Claim against Mr. Lonchar for violations of Section 13(b)(5) of the 1934 Act and SEC Rule 13b2-1.]

    IT IS SO ORDERED.

Dated: _____

    _____
    JEREMY FOGEL
    United States District Judge

OHS West:260498693.1

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT LONCHAR'S MTN FOR LEAVE TO FILE A MTN FOR RECONSIDERATION AND MTN FOR RECONSIDERATION
CASE NO. C 07 3444 JF