RICHARD HONG (Trial Counsel) (Admitted in New York)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431 (Hong)
Facsimile: (202) 772-9246 (Hong)
Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, et al.,<br><br>Defendants. | Civil Action No. C 07-3444 JF<br><br>PLAINTIFF SEC'S MOTION TO DISBURSE FUNDS TO PAY TAXES |

Plaintiff, Securities and Exchange Commission ("SEC"), respectfully requests the Court to enter an order directing the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the fund under this Court's jurisdiction in this action.

On August 3, 2007, the Court entered final judgments against defendants Michael M. Cully and Douglas S. Newton pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. To satisfy the final judgments, defendant Cully paid a total of $216,470.67 of disgorgement, prejudgment interest and penalty and defendant Newton paid a total of $62,263.36 of disgorgement, prejudgment interest and penalty to the Clerk of the Court. On August 12, 2008, the Court entered an order directing the Clerk of the Court to consolidate the money paid into a single account under the case name designation "SEC v. Mark Leslie, et al." The account is a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code, 26

U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. QSFs are required to pay federal taxes.

On October 26, 2007, the Court entered an order appointing Damasco & Associates ("Damasco") as tax administrator to fulfill the obligations of the QSF. The order requires Damasco to pay taxes in a manner consistent with the treatment of the money as a QSF.

As set forth in the attached declaration of Jude P. Damasco, Damasco has determined that the QSF owes $300 in estimated tax liability for the third quarter of 2008. Because Damasco advises that it needs to receive the check on or before September 5, 2008, the SEC respectfully requests expedited consideration of this motion.

For the foregoing reasons, the SEC respectfully requests the Court to enter the attached proposed order and grant such other relief as it deems just and proper.

Dated: September 1, 2008

Respectfully submitted,

/s/ Richard Hong

Richard Hong
Assistant Chief Litigation Counsel
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Phone: (202) 551-4431
Fax: (202) 772-9244
Email: hongr@sec.gov

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that on this day, September 1, 2008, I electronically filed the foregoing motion and the attached proposed with the Clerk of the Court by using the ECF system and relied upon that system's automatic service of the foregoing document and the attached proposed order upon counsel, which will send notification of such filing to the ECF participants.

In addition, on this day, September 2, 2008, the undersigned caused a copy of the foregoing documents to be served by regular first class mail to the following:

Counsel for Mark Leslie
William P. Keane, Esq.
Farella Braun & Martel LLP
Russ Building / 235 Montgomery Street
San Francisco, CA 94104

Counsel for Kenneth E. Lonchar
Susan Resley, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Counsel for Paul Sallaberry
and Douglas Newton
Jahan Raissi, Esq.
Shartsis, Friese & Ginsburg, LLP
18th Floor, One Maritime Plaza
San Francisco, CA 94111

Counsel for Michael M. Cully
John L. Williams, Esq.
Manchester, Williams & Seibert
125 S. Market Street
Suite 1100
San Jose, CA 95113

__/s/ Richard Hong________
Counsel for Plaintiff SEC