1  RICHARD HONG (Trial Counsel) (Admitted in New York)
   Attorney for Plaintiff
2  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
3  Washington, DC 20549-4010-A
   Telephone: (202) 551-4431 (Hong)
4  Facsimile: (202) 772-9246 (Hong)
   Email: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | ) Civil Action No. C 07-3444 JF |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAXES |
| vs. | |
| MARK LESLIE, et al. | |
| Defendants. | |

The Court having reviewed Plaintiff Securities and Exchange Commission's Motion to Disburse Funds to Pay Taxes, and any opposition thereto, and for good cause shown, it is this ___ day of _____, 2008 hereby

ORDERED that the Clerk of the Court shall issue a check on the account under the case name designation "<u>SEC v. Mark Leslie, et al.</u>, in the amount of $300 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations, shall place on the check the following Employer Identification Number: 26-1498932 and shall send the check to: Jude P. Damasco, Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019.

SO ORDERED.

Dated: _____

                                              _____
                                              JEREMY FOGEL
                                              United States District Judge

Copies to Counsel of Record