Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
William P. Keane (State Bar No. 124756)
  wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
  aschoenberg@fbm.com
Jessica K. Nall (State Bar No. 215149)
  jnall@fbm.com
Amarra A. Lee (State Bar No. 245679)
  alee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>Defendants. | Case No. 5:07-cv-03444-JF<br><br>**NOTICE OF JOINDER OF MARK LESLIE IN DEFENDANT LONCHAR'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 19, 2008 ORDER** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Mark Leslie ("Mr. Leslie") will, and hereby does, join in Defendant Kenneth Lonchar's motion pursuant to N. D. Cal. Local Rule 7-9(a) for leave to file a motion for reconsideration, as well as Mr. Lonchar's Motion for Reconsideration of this Court's Order dated August 19, 2008 Granting in Part and Denying in Part Motions to Dismiss and to Strike the Securities and Exchange Commission's ("SEC" or "Commission")

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

LESLIE NOTICE OF JOINDER IN LONCHAR'S
MOTION FOR LEAVE TO FILE MOTION
CASE NO. 3:05-CV-02042-CRB

17289\1711476.1

Complaint ("the Order").

Mr. Leslie makes this Joinder based on this Notice and the Memorandum of Points and Authorities filed by Mr. Lonchar in support of his Motion for Leave to File a Motion for Reconsideration and Motion for Reconsideration of the Court's August 19, 2008 Order, as well as such further matters and argument, oral or written, as the Court may consider.

Dated: September 5, 2008                    FARELLA BRAUN + MARTEL LLP


                                            By: /s/
                                                William P. Keane

                                            Attorneys for Defendant
                                            MARK LESLIE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

LESLIE NOTICE OF JOINDER IN LONCHAR'S
MOTION FOR LEAVE TO FILE MOTION
CASE NO. 3:05-CV-02042-CRB

- 2 -

17289\1711476.1