```
 1  SHARTSIS FRIESE LLP
    JAHAN P. RAISSI (Bar #168599)
 2  GREGG S. FARANO (Bar #221505)
    LISA A. JACOBS (Bar #230364)
 3  JOSEPH V. MAUCH (Bar #253693)
    One Maritime Plaza, Eighteenth Floor
 4  San Francisco, CA  94111
    Telephone:  (415) 421-6500
 5  Facsimile:  (415) 421-2922
    Email:  gfarano@sflaw.com
 6
    Attorneys for Defendant
 7  Paul A. Sallaberry
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY, and DOUGLAS S. NEWTON,<br><br>  Defendants. | Case No.  C 07-3444 JF<br><br>**NOTICE OF JOINDER OF DEFENDANT PAUL A. SALLABERRY IN DEFENDANT KENNETH E. LONCHAR'S MOTIONS FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND FOR RECONSIDERATION OF THE COURT'S AUGUST 19, 2008 ORDER**<br><br>Judge:  Hon. Jeremy Fogel |

---

Case No.
C 07-3444 JF

JOINDER OF DEFENDANT PAUL A. SALLABERRY IN DEFENDANT KENNETH E. LONCHAR'S MOTIONS FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Paul A. Sallaberry hereby joins in Defendant Kenneth E. Lonchar's Motions For Leave To File A Motion For Reconsideration And For Reconsideration Of The Court's August 19, 2008 Order submitted on August 29, 2008.

Mr. Sallaberry makes this Joinder based on this Notice and the Memorandum of Points and Authorities filed by Mr. Lonchar in support of his Motion for Leave to File a Motion for Reconsideration and Motion for Reconsideration of the Court's August 19, 2008 Order, as well as such further matters and argument, oral or written, as the Court may consider.

DATED: September 5, 2008                    SHARTSIS FRIESE LLP


By:  /s/ *Gregg S. Farano*
        GREGG S. FARANO

Attorneys for Defendant
PAUL A. SALLABERRY

6363\001\GFARANO\1532630.1

---

Case No.
C 07-3444 JF

JOINDER OF DEFENDANT PAUL A. SALLABERRY IN DEFENDANT KENNETH E. LONCHAR'S MOTIONS FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION

- 1 -