Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
William P. Keane (State Bar No. 124756)
  wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
  aschoenberg@fbm.com
Amarra A. Lee (State Bar No. 245679)
  alee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>MARK LESLIE, *et al.*,<br><br>          Defendants. | Case No. 5:07-cv-03444-JF<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PAGE LIMITS ON BRIEFING FOR SUMMARY JUDGMENT AND/OR ADJUDICATION** |

**I.  STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER TO EXTEND PAGE LIMITS ON BRIEFING FOR SUMMARY JUDGMENT AND/OR ADJUDICATION.**

WHEREAS, under Civil L.R. 7-4(b) for the United States District Court for the Northern District of California, Plaintiff and Defendants' memorandum of points and authorities in support of summary judgment motions may not exceed 25 pages of text, excluding indices and exhibits, unless the court orders otherwise;

WHEREAS, under Civil L.R. 7-4(b) for the Northern District of California, Plaintiff and Defendants' opposition to any motion must not exceed 25 pages of text, excluding indices and exhibits; unless the court orders otherwise;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER TO EXTEND PAGE LIMITS–
CASE NO. 5:07-cv-03444-JF

17289\2085051.1

WHEREAS, under Civil L.R. 7-4(b) for the Northern District of California, Plaintiff and Defendants' reply to any opposition must not exceed 15 pages of text, excluding indices and exhibits; unless the court orders otherwise;

WHEREAS, the 29-page Amended Complaint states six claims against Defendants and raises complex issues under the federal securities laws;

ACCORDINGLY, IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, as follows:

1. Each Defendant shall have ten (10) additional pages for his memorandum of points and authorities in support of the motion for summary judgment, thereby increasing the page limit to a total of thirty-five (35) pages;

2. Each Defendant shall have ten (10) additional pages for his memorandum of points and authorities in opposition to any summary judgment motion filed by Plaintiff, thereby increasing the page limit to a total of thirty-five (35) pages;

3. Each Defendant shall have five (5) additional pages for his reply to any opposition motion filed by Plaintiff, thereby increasing the page limit to a total of twenty (20) pages;

4. Plaintiff shall have ten (10) additional pages for its memorandum of points and authorities in support of a motion for summary judgment as to each individual Defendant, thereby increasing the page limit to thirty-five (35) for briefs as to each individual Defendant or one-hundred-five (105) for one brief as to all three Defendants;

5. Plaintiff shall have ten (10) additional pages for its memorandum of points and authorities in opposition to summary judgment motions filed by each individual Defendant, thereby increasing the page limit to thirty-five (35) for opposition briefs as to each individual Defendant or one-hundred-five (105) for one opposition brief as to all three Defendants;

6. Plaintiff shall have five (5) additional pages for its reply to opposition motions filed by each individual Defendant, thereby increasing the page limit to twenty (20) for reply briefs as to each individual Defendant or sixty (60) for one reply brief as to all three Defendants.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER TO EXTEND PAGE LIMITS –
CASE NO. 5:07-cv-03444-JF

- 2 -

17289\2085051.1

| | |
|---|---|
| Dated: November 16, 2009 | Respectfully submitted, |
| | FARELLA BRAUN + MARTEL LLP |
| I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. | |
| | By: /s/ Anthony P. Schoenberg |
| |      Anthony P. Schoenberg |
| | Attorneys for Defendant Mark Leslie |
| Dated: November 19, 2009 | U.S. SECURITIES AND EXCHANGE COMMISSION |
| | By: /s/ Richard Hong |
| |      Richard Hong |
| | Attorneys for Plaintiff Securities and Exchange Commission |
| Dated: November 19, 2009 | SHARTSIS FRIESE LLP |
| | By: /s/ Jahan P. Raissi |
| |      Jahan P. Raissi |
| | Attorneys for Defendant Paul A. Sallaberry |
| Dated: November 19, 2009 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | By: /s/ Danielle Van Wert |
| |      Danielle Van Wert |
| | Attorneys for Defendant Kenneth E. Lonchar |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER TO EXTEND PAGE LIMITS – CASE NO. 5:07-cv-03444-JF

- 3 -

17289\2085051.1

# [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the page limits for all the motions for summary adjudication of all claims in this action are as follows:

1. Each Defendant's Opening Brief: up to 35 pages;
2. Each Defendant's Opposition to Plaintiff's Opening Brief: up to 35 pages;
3. Each Defendant's Reply to Plaintiff's Opposition: up to 20 pages;
4. Plaintiff's Opening Brief: up to 35 pages for briefs as to each individual Defendant, or up to 105 pages for one brief as to all three Defendants;
5. Plaintiff's Opposition to Defendants' Opening Briefs: up to 35 pages for oppositions as to each individual Defendant, or up to 105 pages for one opposition as to all three Defendants;
6. Plaintiff's Reply to Defendants' Oppositions: up to 20 pages for reply as to each individual Defendant, or up to 60 pages for one reply as to all three defendants.

**IT IS SO ORDERED**.

DATED: _____

HONORABLE JEREMY FOGEL
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER TO EXTEND PAGE LIMITS –
CASE NO. 5:07-cv-03444-JF

- 4 -

17289\2085051.1

# [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the page limits for all the motions for summary adjudication of all claims in this action are as follows:

1. Each Defendant's Opening Brief: up to 35 pages;
2. Each Defendant's Opposition to Plaintiff's Opening Brief: up to 35 pages;
3. Each Defendant's Reply to Plaintiff's Opposition: up to 20 pages;
4. Plaintiff's Opening Brief: up to 35 pages for briefs as to each individual Defendant, or up to 105 pages for one brief as to all three Defendants;
5. Plaintiff's Opposition to Defendants' Opening Briefs: up to 35 pages for oppositions as to each individual Defendant, or up to 105 pages for one opposition as to all three Defendants;
6. Plaintiff's Reply to Defendants' Oppositions: up to 20 pages for reply as to each individual Defendant, or up to 60 pages for one reply as to all three defendants.

**IT IS SO ORDERED**.

DATED: 11/24/09

HONORABLE JEREMY FOGEL
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER TO EXTEND PAGE LIMITS –
CASE NO. 5:07-cv-03444-JF

- 4 -

17289\2085051.1