UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 07-03444 JF (PVT) |
| Plaintiff, | **INTERIM ORDER RE PLAINTIFF SEC'S EXPEDITED MOTION PURSUANT TO DECEMBER 2, 2009 ORDER** |
| v. | |
| MARK LESLIE, et al., | [Docket No. 175] |
| Defendants. | |

Pursuant to an order issued on December 2, 2009, plaintiff U.S. Securities and Exchange Commission moves to extend the discovery cut-off to December 17, 2009. ("December 2, 2009 Order"). The December 2, 2009 Order had extended the discovery cut-off to December 11, 2009. Additionally, plaintiff SEC moves to re-open the deposition of defendant Paul Sallaberry for no more than 30 minutes and to depose third-parties Tim Harvey and Alfreda Eghan for 75 minutes each.

Based on the above, defendants may file their oppositions, if any, no later than December 9, 2009 at 10AM. Plaintiff SEC may file a reply no later than December 10, 2009 at 5PM. The

discovery cut-off will be extended to December 17, 2009 to accommodate the aforementioned depositions only if the court so rules.

IT IS SO ORDERED.

Dated:

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge