UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br>   v.<br>MARK LESLIE, ET AL.,<br>           Defendants. | Case No.: C 07-03444 JF (PVT)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT LONCHAR'S MOTION TO QUASH SUBPOENA**<br><br>**[Docket No. 227]** |

Defendant Kenneth E. Lonchar moves to quash a subpoena and preclude use of any documents obtained pursuant to that subpoena. *See,* Motion to Quash Subpoena and Preclude Use of Documents Obtained Pursuant Thereto for Violation of Court Order and Federal Rules of Civil Procedure filed on December 28, 2009. (Docket No. 227). To date, plaintiff SEC has not opposed the motion.[1] Accordingly,

IT IS HEREBY ORDERED that plaintiff SEC shall file an opposition, if any, no later than January 15, 2010 and defendant Lonchar shall file a reply no later than January 22, 2010.

---

[1] Defendant Lonchar's motion notes that plaintiff SEC stated that it would be unable to provide a response the week of December 21, 2009 due to holiday travel. Motion at 4. Additionally, plaintiff SEC represented to defendant Lonchar that it would oppose any motion to quash. To date, however, no opposition has been filed and no request for a response date has been made. Accordingly, this order follows.

ORDER, *page 1*

IT IS FURTHER ORDERED that the motion will be taken under submission pursuant to Civ. L.R. 7-1(b).

Dated: January 8, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge