Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
William P. Keane (State Bar No. 124756)
  wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
  aschoenberg@fbm.com
Amarra A. Lee (State Bar No. 245679)
  alee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
MARK LESLIE

\*\*E-Filed 1/20/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>Defendants. | Case No. 5:07-cv-03444-JF<br><br>**AMENDED STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR DISPOSITIVE AND RELATED MOTIONS** |

**I.   STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR DISPOSITIVE AND RELATED MOTIONS.**

WHEREAS, under Civil L. R. 6-2(a), Plaintiff Securities and Exchange Commission ("SEC"), and Defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiff SEC filed its Complaint in this action on July 2, 2007;

WHEREAS, on March 21, 2008, the United States District Court for the Northern District of California, San Jose Division, Judge Jeremy Fogel presiding, entered an order setting a Jury

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISIN SCHEDULE FOR DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

17289\2137035.2

Trial for December 4, 2009, the pretrial conference for November 20, 2009 and the cut-off for filing dispositive motions for May 14, 2009 and otherwise adopting the parties' proposed case schedule;

WHEREAS, on June 25, 2009, this Court entered an order pursuant to stipulation of the parties modifying certain of the pretrial dates and setting a new trial date for May 14, 2010;

WHEREAS, on November 30, 2009, the United States District Court for the Northern District of California, San Jose Division, Magistrate Judge Patricia Trumbull presiding, entered an order setting the schedule for the filing of dispositive motions as follows:

(a) The Parties shall file dispositive motions by December 18, 2009;

(b) The Parties shall file oppositions to dispositive motions no later than January 22, 2010;

(c) The Parties shall file reply briefs to oppositions no later than February 5, 2010;

(d) The hearing on dispositive motions shall be held on March 5, 2010 at 9:00 AM; and

(e) The trial date of May 14, 2010 remains intact.

WHEREAS, on December 18, 2009, the Defendants collectively filed three motions for summary judgment, three motions in limine, and one motion for severance. Those seven motions (collectively, the "Motions") are presently scheduled to be heard on March 5, 2010 during the Court's regular law and motion calendar.

WHEREAS, Defendant Mark Leslie's co-lead trial counsel, Douglas R. Young and William P. Keane, have scheduling conflicts on March 5, 2010. Mr. Leslie raised this scheduling conflict in its November 20, 2009 Joinder in Defendant Lonchar's Motion to Revise the Court's Scheduling Order and Finalize Discovery.

WHEREAS, in light of the volume and breadth of the issues covered in the Motions, the SEC has requested and Defendants have agreed to an extended briefing schedule to accommodate scheduling issues of counsel for the SEC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER REVISIN SCHEDULE FOR       - 2 -                    17289\2137035.2
DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WHEREAS, the parties, recognizing the volume and complexity of the Motions, have also agreed to ask the Court to specially set the hearing on the Motions to occur during the week of March 8, 2010.

THEREFORE, for the convenience of all parties, the parties hereby STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE:

(1) The SEC shall file oppositions to the Motions no later than February 1, 2010;

(2) The Defendants shall file reply briefs to oppositions no later than February 16, 2010;

(3) The hearing on the Motions shall be specially set by the court to occur during the week of March 8, 2010.

Dated: January 14, 2010            Respectfully submitted,

                                   FARELLA BRAUN + MARTEL LLP


                                   By: /s/ Anthony P. Schoenberg
                                       Anthony P. Schoenberg

                                   Attorneys for Defendant Mark Leslie

Dated: January 14, 2010            U.S. SECURITIES AND EXCHANGE
                                   COMMISSION


                                   By: /s/ Richard Hong
                                       Richard Hong

                                   Attorneys for Plaintiff Securities and Exchange
                                   Commission

Dated: January 14, 2010            SHARTSIS FRIESE LLP


                                   By: /s/ Gregg S. Farano
                                       Gregg S. Farano

                                   Attorneys for Defendant Paul A. Sallaberry

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Dated: January 14, 2010

ORRICK HERRINGTON & SUTCLIFFE LLP

By: /s/ Danielle P. Van Wert
Danielle P. Van Wert

Attorneys for Defendant Kenneth E. Lonchar

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1) The SEC shall file oppositions to the Motions no later than **February 1, 2010**;

(2) The Defendants shall file reply briefs to oppositions no later than **February 16, 2010**;

(3) The hearing on the Motions shall be held on **March** 5 **, 2010 at** 9:00 a.m.

**IT IS SO ORDERED**.

DATED: 1/5/2010

_____
JUDGE OF THE DISTRICT COURT

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER REVISIN SCHEDULE FOR
DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

- 5 -

17289\2137035.2