**E-Filed 1/28/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY, and DOUGLAS S. NEWTON,<br><br>Defendant. | Case Number C 07-3444 JF (PVT)<br><br>ORDER[1] DEFERRING DETERMINATION RE PLAINTIFF'S MOTION FOR NEW TRIAL DATE |

The Court hereby defers determination of Plaintiff's motion for a new trial date pending further developments with respect to the Court's criminal trial calendar.

The Court hereby sets a Case Management Conference on Friday, February 26, 2010 at 10:30 a.m. for the purpose of finalizing the trial date in the above-captioned matter.

**IT IS SO ORDERED.**

DATED: January 28, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.