1   RICHARD HONG ((New York Reg. No 2503589)
    hongr@sec.gov
2   DAVID WILLIAMS (California Bar No. 183854)
    williamsdav@sec.gov
3   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
4   100 F Street, N.E.
    Washington, DC  20549-4010-A
5   Telephone:  (202) 551-4431 (Hong)
    Facsimile:  (202) 772-9246

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  SECURITIES AND EXCHANGE              Case No. 5:07-cv-03444-JF
    COMMISSION,
13                                       [PROPOSED] FINAL JUDGMENT AS
              Plaintiff,                 TO DEFENDANT PAUL A.
14                                       SALLABERRY
         vs.
15
    MARK LESLIE,
16                                       Hon. Jeremy Fogel
              Defendants.
17

18

19       The Securities and Exchange Commission having filed an amended complaint and

20  Defendant PAUL A. SALLABERRY, having entered a general appearance; consented to the

21  Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of

22  this Final Judgment without admitting or denying the allegations of the amended complaint

23  (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right

24  to appeal from this Final Judgment:

25

26

27

28

FINAL JUDGMENT AS TO
DEFENDANT PAUL A. SALLABERRY

SEC v. Leslie, et al., Case No. C 07-3444 JF

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating Rule 13b2-1 of the Securities

Exchange Act (the "Exchange Act") [17 C.F.R. § 240.13b2-1] by, directly or indirectly, falsifying

or causing to be falsified, any book, record or account subject to Section 13(b)(2)(A) of the

Exchange Act  [15 U.S.C. § 78m(b)(2)(A)].

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant

is liable for disgorgement and prejudgment interest of $75,000.00, representing profits gained as a

result of the conduct alleged in the amended complaint and prejudgment interest thereon, and a

civil penalty in the amount of $25,000.00 pursuant to Section 21(d) of the Exchange Act.

Defendant shall satisfy this obligation by paying $100,000.00 within 14 days after entry of this

Final Judgment to the Clerk of this Court, together with a cover letter identifying Defendant's

name as a defendant in this action; setting forth the title and civil action number of this action and

the name of this Court; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of such payment and letter to the

Commission's counsel in this action.  By making the foregoing payments, Defendant relinquishes

all legal and equitable right, title, and interest in such funds, and no part of the funds shall be

returned to Defendant.  Defendant shall pay post-judgment interest on any delinquent amounts

pursuant to 28 U.S.C. § 1961.

FINAL JUDGMENT AS TO
DEFENDANT PAUL A. SALLABERRY
- 2 -

SEC v. Leslie, et al., Case No. C 07-3444 JF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    The Clerk shall deposit the funds into an interest bearing account with the Court Registry

Investment System ("CRIS") or any other type of interest bearing account that is utilized by the

Court.  These funds, together with any interest and income earned thereon (collectively, the

"Fund"), shall be held in the interest bearing account until further order of the Court.  In

accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative

Office of the United States Courts, the Clerk is directed, without further order of this Court, to

deduct from the income earned on the money in the Fund a fee equal to ten percent of the income

earned on the Fund.  Such fee shall not exceed that authorized by the Judicial Conference of the

United States.

    The Commission may by motion propose a plan to distribute the Fund subject to the

Court's approval.  Such a plan may provide that the Fund shall be distributed pursuant to the Fair

Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002.  Regardless of whether any

such Fair Fund distribution is made, amounts ordered to be paid as civil penalties pursuant to this

Judgment shall be treated as penalties paid to the government for all purposes, including all tax

purposes.  To preserve the deterrent effect of the civil penalty, Defendant shall not, after offset or

reduction of any award of compensatory damages in any Related Investor Action based on

Defendant's payment of disgorgement in this action, argue that he is entitled to, nor shall he

further benefit by, offset or reduction of such compensatory damages award by the amount of any

part of Defendant's payment of a civil penalty in this action ("Penalty Offset").  If the court in any

Related Investor Action grants such a Penalty Offset, Defendant shall, within 30 days after entry

of a final order granting the Penalty Offset, notify the Commission's counsel in this action and

pay the amount of the Penalty Offset to the United States Treasury or to a Fair Fund, as the

Commission directs.  Such a payment shall not be deemed an additional civil penalty and shall

not be deemed to change the amount of the civil penalty imposed in this Judgment.  For purposes

FINAL JUDGMENT AS TO
DEFENDANT PAUL A. SALLABERRY

- 3 -

SEC v. Leslie, et al., Case No. C 07-3444 JF

1   of this paragraph, a "Related Investor Action" means a private damages action brought against

2   Defendant by or on behalf of one or more investors based on substantially the same facts as

3   alleged in the amended complaint in this action.

4

5

6                                              III.

7          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

8   incorporated herein with the same force and effect as if fully set forth herein, and that Defendant

9   shall comply with all of the undertakings and agreements set forth therein.

10

11                                             IV.

12          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

13   jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL JUDGMENT AS TO
DEFENDANT PAUL A. SALLABERRY                    - 4 -

SEC v. Leslie, et al., Case No. C 07-3444 JF

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _____T æ&@Í_____, 2012

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT AS TO
DEFENDANT PAUL A. SALLABERRY                - 5 -

SEC v. Leslie, et al., Case No. C 07-3444 JF